**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Actava TV, Inc., Master Call Communications, Inc., Master Call Corporation, and RouslanTsoutiev, <br><br>　　　　　　　　　Plaintiffs, <br><br>　　-against- <br><br>Joint Stock Company "Channel One Russia Worldwide," Closed Joint Stock Company "CTC Network," Closed Joint Stock Company "New Channel", Limited Liability Company "Rain TV-Channel," Closed Joint Stock Company "TV DARIAL", and Limited Liability Company "Comedy TV," <br><br>　　　　　　　　　Defendants. | Index No.: 1:18-cv-06626 |

**NOTICE OF PLAINTIFFS' MOTION**
**FOR SERVICE THROUGH ALTERNATIVE MEANS**

PLEASE TAKE NOTICE that Plaintiffs Actava TV, Inc. ("Actava"), Master Call Communications, Inc., Master Call Corporation, and Rouslan Tsoutiev (collectively, the "Actava Parties" or "Plaintiffs"), hereby move this Court for an order granting Plaintiffs' motion to serve the Defendants through alternative means, as permitted by Fed. R. Civ. P. 4(f). Accompanying this Motion are the Plaintiffs' Memorandum of Law, the Declaration of Toby Butterfield, Esq. with exhibits, and a Proposed Order.

Dated: New York, New York
　　　　August 10, 2018

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　MOSES & SINGER LLP

By: */s/ Toby Butterfield*
    Toby Butterfield
    Michael Rosenberg
    405 Lexington Avenue
    New York, NY  10174
    Telephone: (212) 554-7800
    Facsimile: (212) 554-7700

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Actava TV, Inc., Master Call Communications, Inc., Master Call Corporation, and RouslanTsoutiev,<br><br>         Plaintiffs,<br><br>  -against-<br><br>Joint Stock Company "Channel One Russia Worldwide," Closed Joint Stock Company "CTC Network," Closed Joint Stock Company "New Channel", Limited Liability Company "Rain TV-Channel," Closed Joint Stock Company "TV DARIAL", and Limited Liability Company "Comedy TV,"<br><br>         Defendants. | Index No.: 1:18-cv-06626 |

**PROPOSED ORDER IN CONNECTION WITH**
**ALTERNATIVE SERVICE UNDER RULE 4(f)(3)**

  Plaintiffs have moved for an Order pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure for authorization to serve the Summons and Complaint herein (Dkt. Nos. 1, 7) upon Defendants by an alternative means of service.

  Sufficient cause having been demonstrated, it is hereby ORDERED that the Plaintiffs are authorized, pursuant to Rule 4(f)(3), to effectuate service of the Summons and Complaint on the Defendants via service by e-mail or courier upon Raymond J. Dowd, the counsel of record for the Defendants.

**SO ORDERED.**

Dated: August __, 2018
   New York, New York

                     _____
                     Hon. Richard J. Sullivan, U.S.D.J.