UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACTAVA TV, INC. *et al.*,

                      Plaintiffs,

-v-

JOINT STOCK COMPANY
"CHANNEL ONE RUSSIA
WORLDWIDE" *et al.*,

                      Defendants.



No. 18-cv-6626 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter, dated September 26, 2018, from Defendants requesting that the Court schedule a pre-motion conference regarding their contemplated motion to dismiss. (Doc. No. 21.) IT IS HEREBY ORDERED that the initial conference in this case, which is currently scheduled to be held on October 26, 2018 at 4:00 p.m., will also function as a pre-motion conference regarding Defendants' contemplated motion. IT IS FURTHER ORDERED that the October 26, 2018 conference is rescheduled from 4:00 p.m. to **2:00 p.m.** in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The Clerk of Court is respectfully directed to terminate the motion pending at docket number 21.

SO ORDERED.

Dated:    October 1, 2018
             New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE