USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/19/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

ACTAVA TV, INC., ET AL,

                           Plaintiffs,

      -against-

JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE," ET AL.,

                           Defendants.

------------------------------------------------------------- x

18-CV-6626 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

      Pursuant to the Status Conference held before the Court on December 19, 2018 at 11:00 a.m., the parties are hereby ORDERED to submit a Joint Status Report on or before January 3, 2019. Further, Defendants' request to file a Motion to Dismiss is GRANTED. The briefing schedule for the Motion to Dismiss is as follows:

| | |
|---|---|
| **Defendants' Motion to Dismiss:** | **January 29, 2019** |
| **Plaintiffs' Opposition to Motion to Dismiss:** | **February 19, 2019** |
| **Defendants' Reply to Plaintiffs' Opposition:** | **February 27, 2019** |

SO ORDERED.

Dated:    December 19, 2018
             New York, New York

                                                           **ANDREW L. CARTER, JR.**
                                                            United States District Judge