USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: _1 | 7 | 2019_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

ACTAVA TV, INC., ET AL.,

                         **Plaintiffs,**

        -against-

JOINT STOCK COMPANY "CHANNEL
ONE RUSSIA WORLDWIDE," ET AL.,

                         **Defendants.**

-----------------------------------------------------------x

      18-cv-6626 (ALC)

      **AMENDED ORDER OF
REFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

     The above-captioned action is referred to Magistrate Judge Kevin Nathaniel Fox for the following purpose[s]:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement): | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement: | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

**SO ORDERED.**

**Dated:**        **New York, New York
January 7, 2019**

                                           **HON. ANDREW L. CARTER, JR.
                                         United States District Judge**

1