UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
Actava TV, Inc., Master Call Communications, Inc.,
Master Call Corporation, and Rouslan Tsoutiev,   18-CV-06626 (ALC)

        Plaintiffs,

    -against-

Joint Stock Company "Channel One Russia Worldwide,"   **NOTICE OF MOTION**
Closed Joint Stock Company "CTC Network," Closed
Joint Stock Company "New Channel", Limited Liability
Company "Rain TV-Channel," Closed Joint Stock
Company "TV DARIAL," Limited Liability
Company "Comedy TV," and Kartina Digital GmbH

        Defendants.
----------------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the annexed Declaration of Raymond J. Dowd, Declaration of Alexander Shprekher, Declaration of Natalya Sindeeva, Declaration of Olga Panfilova, the Memorandum of Law in Support and all the prior proceedings in this matter, all Defendants move to dismiss Plaintiffs' Amended Complaint (ECF 40) pursuant to Rule 12(b)(1), 12(b)(2), 12(b)(5), 12(b)(6) and 12(c) of the Federal Rules of Civil Procedure.

      PLEASE TAKE FURTHER NOTICE that opposition papers must be served in accordance with Local Rule 6.1 or as otherwise directed by the Court.

Dated: New York, New York
       January 29, 2019

                            Respectfully submitted,

                            DUNNINGTON BARTHOLOW & MILLER LLP
                            *Attorneys for Defendants*

                            By: /s Raymond J. Dowd_____
                                Raymond J. Dowd
                                Samuel A. Blaustein
                                Hardin P. Rowley
                                Kamanta C. Kettle
                                250 Park Avenue
                                New York, NY 10177
                                Tel: (212) 682-8811
                                rdowd@dunnington.com
                                sblaustein@dunnington.com
                                hrowley@dunnington.com
                                kkettle@dunnington.com