```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK


In re:                                    :
                                              Docket #1:18-cv-06626-
 ACTAVA TV, INC., et al.,                 :   ALC-KNF

                 Plaintiffs,              :

  - against -                             :

 JOINT STOCK COMPANY "CHANNEL ONE         :   New York, New York
 RUSSIA WORLDWIDE," et al.,                   February 8, 2019
                                          :
                 Defendants.                  TELEPHONE CONFERENCE
------------------------------------------:

                      PROCEEDINGS BEFORE
              THE HONORABLE JUDGE KEVIN N. FOX,
        UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:           MOSES & SINGER LLP
                         BY:  TOBY M. BUTTERFIELD, ESQ.
                              MICHAEL M. ROSENBERG, ESQ.
                         405 Lexington Avenue - 12th Floor
                         New York, New York 10174-1299
                         585-613-8682

For the Defendant:       DUNNINGTON BARTHOLOW & MILLER, LLP
                         BY:  HARDIN P. ROWLEY, ESQ.
                         250 Park Ave.
                         New York, New York 10177
                         212-682-8811




Transcription Service:   Carole Ludwig, *Transcription Services*
                         141 East Third Street #3E
                         New York, New York 10009
                         Phone:  (212) 420-0771
                         Fax:  (212) 420-6007

Proceedings conducted telephonically and recorded by
electronic sound recording;
Transcript produced by transcription service
```

APPEARANCES CONTINUED:

For the Defendant:        DUNNINGTON, BARTHOLOW & MILLER, LLP
                          BY:  RAYMOND J. DOWD, ESQ.
                          1359 Broadway
                          New York, New York 10018
                          212-682-8811

Case 1:18-cv-06626-ALC-KNF   Document 88   Filed 04/01/19   Page 2 of 9

## **INDEX**

### **E X A M I N A T I O N S**

| **Witness** | **Direct** | **Cross** | **Re-Direct** | **Re-Cross** |
|---|---|---|---|---|
| None | | | | |

### **E X H I B I T S**

| **Exhibit Number** | **Description** | **ID** | **In** | **Voir Dire** |
|---|---|---|---|---|
| None | | | | |

```
 1                          PROCEEDINGS                        4
 2           THE CLERK:  Actava TV, Inc., et al v. Joint Stock
 3   Company "Channel One Russia Worldwide," et al; case No. 18-
 4   cv-6626.
 5           Counsel, please state your appearance.
 6           MR. TOBY BUTTERFIELD:  Good morning, your Honor.
 7   This is Toby Butterfield; I'm on the line with my
 8   colleague, Michael Rosenberg, and we represent plaintiffs.
 9   We're from the firm, Moses & Singer.
10           MR. HARDIN ROWLEY:  Good morning, your Honor.  My
11   name is Hardin Rowley, and I'm here with Ray Dowd and Akbar
12   Kahn, who is not admitted to practice yet but is a clerk
13   with the firm.  And we're representing the defendant
14   channels.
15           HONORABLE KEVIN N. FOX (THE COURT):  Good
16   morning.  This is Judge Fox.
17           The plaintiff wrote to me complaining about the
18   responses to discovery demands.  Has there been any change
19   in circumstances since the writings were sent?
20           MR. BUTTERFIELD:  Unfortunately -- this is
21   Mr. Butterfield -- unfortunately not, your Honor.  Since we
22   last wrote we've attempted to conduct the meet-and-confer
23   that I believe Mr. Dowd's letters said was required before
24   contacting the Court.  Of course, this is after we'd
25   already obtained an order from Judge Carter on the motion
```

```
 1                          PROCEEDINGS                        5
 2   to compel.  But, anyway, my emails back -- the emails I
 3   received back from Dunnington law firm, they all said it
 4   appears we will be unable to conduct another conference
 5   before speaking to Judge Fox.  And that's despite the
 6   adjournment that was requested.  So we've not change,
 7   unfortunately.
 8            THE COURT:  All right.  As I --
 9            MR. ROWLEY:  Your Honor, I respectfully disagree
10   with that.  We offered to meet and confer.  The plaintiffs
11   rejected that offer.  And since that rejection, we produced
12   documents.  And I think our objections were reasonable.
13   And they won't confer with us, and they didn't before
14   submitting this letter.
15            THE COURT:  When you say you --
16            MR. BUTTERFIELD:  We received three documents.
17            THE COURT:  When you say you submitted documents,
18   are these beyond the documents that were referenced in
19   response to, I think, two discovery demands only?
20            MR. ROWLEY:  We produced documents in response to
21   those demands, yes, your Honor.
22            THE COURT:  To those two?  Am I understanding
23   correctly?
24            MR. ROWLEY:  We've only -- we produced documents
25   in response to the two discovery requests we did not object
```

```
 1                         PROCEEDINGS                        6
 2   to.
 3           THE COURT:  Okay.  All right, so as I reviewed
 4   the correspondence that went to Judge Carter, the plaintiff
 5   requested that the Court direct the defendants to respond
 6   to the discovery demands.  The order that Judge Carter
 7   issued directs the defendant to respond.  The defendant did
 8   respond.  The plaintiff doesn't like the response.  And in
 9   such a situation, Rule 37 tells you how you can proceed.
10   So if you want to make a motion under Rule 37, the
11   plaintiff is free to do that.
12           MR. BUTTERFIELD:  We may do that, your Honor.  But
13   I think that it's not quite accurate to say that the
14   defendants responded.  The documents that they served
15   stated they were objection.  And we haven't received
16   actually responses to any of the interrogatories.
17           THE COURT:  The objection is a response.  They
18   object to giving you whatever you're requesting.  That's
19   the response. You don't like the response.  And Rule 37
20   tells you what you can do in such a circumstance as that.
21           MR. BUTTERFIELD:  Very well.  We shall do so.
22           THE COURT:  Very well.
23           Let's move now to the question of a schedule for
24   pretrial activities, which was also a matter raised in
25   correspondence.  What is it that prevents you from being
```

```
 1                        PROCEEDINGS                          7
 2   able to talk about and present jointly to me a schedule of
 3   the activities you need to complete pretrial?
 4           MR. BUTTERFIELD:  Succinctly, your Honor -- this
 5   is Mr. Butterfield -- we proposed dates for the conclusion
 6   of the various stages of discovery.  And in our -- the
 7   Rule 26F conclusion  -- the conclusion of the Rule 26F
 8   conference with defendants' counsel, they indicated that
 9   they would provide their proposed dates for the conclusion
10   of those different stages of discovery.  That was several
11   weeks ago; and despite follow-up, we haven't received
12   anything.  So we can't submit a joint application.  We
13   could file something with you saying that we propose, but
14   unfortunately, we're not getting any responses and we're
15   not -- when we propose a meet-and-confer call to talk about
16   it, we are told that appears to be not possible.  So here
17   we are.
18           THE COURT:  All right, let me hear from defense
19   counsel on that score.
20           MR. ROWLEY:  Your Honor, I think there was some
21   miscommunication.  The partner that was working on this is
22   now on paternity leave, and we can do the dates right now
23   if that's easier on -- we can talk with plaintiffs' counsel
24   immediately after the call.  So we apologize for that.
25           THE COURT:  I'll take direction from you.  What
```

```
 1                         PROCEEDINGS                      8
 2   is your pleasure?  Do the parties want to confer outside my
 3   presence and then submit to me your proposal, or do we need
 4   to talk about dates, milestone dates right now?
 5            MR. BUTTERFIELD:  I -- this is Mr. Butterfield --
 6   I'm fine if Mr. Hardin [sic] is prepared to call us
 7   straight after this call so that we can hear what they
 8   propose.  We'll put it into our draft proposed order, and
 9   we'll submit it shortly.  I think we don't need to take the
10   Court's time for that.  I accept what Mr. Hardin, that
11   he'll call me straight afterwards.
12            THE COURT:  Excellent.
13            MR. ROWLEY:  And I will do that, your Honor.
14            THE COURT:  All right.  Those are the matters
15   that were raised in the correspondence that I wanted to
16   address with you this morning.  Thank you very much.  Good
17   day.
18            MR. ROWLEY:  Thank you, your Honor.
19            MR. BUTTERFIELD:  Thank you, your Honor.
20            THE COURT:  You're welcome.
21            (Whereupon, the matter is adjourned.)
22
23
24
25
```

```
 1                                                              9
 2
 3                      C E R T I F I C A T E
 4
 5          I, Carole Ludwig, certify that the foregoing
 6  transcript of proceedings in the case of Actava TV, Inc.,
 7  et al v. Joint Stock Company "Channel One Russia
 8  Worldwide," et al, Docket #18-cv-06626, was prepared using
 9  digital transcription software and is a true and accurate
10  record of the proceedings.
11
12
13
14  Signature_____Carole Ludwig_____
15              Carole Ludwig
16  Date:    March 30, 2019
17
18
19
20
21
22
23
24
25
```