```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ACTAVA TV, INC., et al.,

            Plaintiffs,

-against-

JOINT STOCK COMPANY "CHANNEL ONE
RUSSIA WORLDWIDE," et al.,

            Defendants.
-----------------------------------------------------------X

**ORDER**
18 CV 6626 (ALC) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The plaintiffs have requested the issuance of letters rogatory in the above-captioned action. Defendants oppose the request. The Court, having considered the parties' arguments for and against this request, has determined to grant the plaintiffs' request subject to the following conditions: the plaintiffs shall, on or before July 29, 2019: (1) modify the caption of the proposed Order and Request To Take Evidence Abroad of Matvil Corp. (Letters Rogatory) to reflect the replacement of "Closed Joint Stock Company 'TV DARIAL'" with "Open Joint Stock Company 'ACCEPT'" as reflected in the Amended Complaint; and (2) provide to the Court the relevant text(s) of the cited law, that is, Canada Evidence Act, R.S.C. 1985, chapter C-5, and Ontario Evidence Act, R.S.O. 1990, chapter E-23, together with an explanation of the applicability of the law in this circumstance.

Dated: New York, New York
       July 24, 2019

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE