USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10/25/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Actava TV, Inc., Master Call Communications, Inc., )
Master Call Corporation, and Rouslan Tsoutiev, )
                                                  ) Index No.: 1:18-cv-06626
                    Plaintiffs, ) (ALC/KNF)
)
      -against- )
)
Joint Stock Company "Channel One Russia Worldwide," ) [PROPOSED] AMENDED
Closed Joint Stock Company "CTC Network," Closed ) SCHEDULING
Joint Stock Company "New Channel", Limited Liability ) ORDER NO. 4
Company "Rain TV-Channel," Open Joint Stock )
Company "ACCEPT", and Limited Liability Company )
"Comedy TV," and Kartina Digital GmbH, )
)
                    Defendants. )

---

       Counsel for Plaintiffs and Defendants jointly submit the following amended case management plan and scheduling order, which the parties propose should supersede the Amended Scheduling Order (ECF No. 120) entered by the Court on July 31, 2019:

       1.     This case is to be tried to a jury.

       2.     Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) were exchanged on February 22, 2019 by Plaintiffs, and on March 6, 2019 by Defendants.

       3.     No additional parties may be joined except with leave of the Court.

       4.     Amended pleadings may not be filed except with leave of the Court.

       5.     All fact discovery shall be completed on or before **January 6, 2020**.

       6.     Plaintiffs served initial requests for production of documents and interrogatories on November 1, 2018; and Defendants served initial requests for production of documents and interrogatories on January 18, 2019.

       7.     The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim

deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth in Paragraph 5 above.

    a.    Depositions shall be completed by **January 6, 2020**.

        i.    There is no priority in deposition by reason of a party's status as a plaintiff or a defendant.

        ii.    Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

    b.    Requests to Admit shall be served no later than **January 20, 2020.**

    c.    The designation of Plaintiff's expert(s) shall be completed by **January 13, 2020**, followed by the designation of the Defendant's rebuttal expert(s) by **January 20, 2020.**

    d.    The Initial Report(s) of Plaintiff's expert(s) shall be completed by **January 27, 2020**, followed by the Defendant's expert(s)' rebuttal report(s) by **February 10, 2020,** and Plaintiff expert's reply report by **February 27, 2020.**

    e.    Expert depositions shall be completed by **March 17, 2020.**

    f.    All discovery shall be completed by **March 17, 2020.**

8.    This Court will conduct a telephonic status conference on _February 18, 2020_ at 10:00 a.m. ~~Counsel to Plaintiffs shall initiate the telephonic conference~~. The parties shall participate in the conference by using call-in number (888) 557-8511 and access code 4862532. (KF/sms)

Dated: New York, New York
October 25, 2019

                            SO ORDERED:

                            /Kevin Nathaniel Fox
                            KEVIN NATHANIEL FOX
                            UNITED STATES MAGISTRATE JUDGE