# Exhibit B

| Category | Topic | Email Subject | To | From | CC | BCC | Sent | Privilege Justification |
|---|---|---|---|---|---|---|---|---|
| Legal Fees/Proceeds | Transfer of Invoice | Invoice.msg | 'olga@kartina.tv' <olga@kartina.tv> | Lucia Chan <LChan@dunnington.com> | | | 3/12/2015 16:20 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | Re_ Invoice (1).msg | Lucia Chan <LChan@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | | 3/19/2015 11:20 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | RE_ Invoice (1).msg | 'Olga Panfilova' <olga@kartina.tv> | Lucia Chan <LChan@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | | 3/19/2015 12:08 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transfer of Invoice | Invoice & New Wire Transfer Instructions.msg | 'Olga Panfilova' <olga@kartina.tv> | Lucia Chan <LChan@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | | 4/24/2015 13:39 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | Re_ Invoice & New Wire Transfer Instructions.msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | | 5/14/2015 10:59 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transfer of Invoice | Invoice (5).msg | 'Olga Panfilova' <olga@kartina.tv> | Lucia Chan <LChan@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | | 6/15/2015 12:54 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transfer of Invoice | Invoice & New Wire Transfer Info.msg | 'Olga Panfilova' <olga@kartina.tv> | Lucia Chan <LChan@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | | 9/4/2015 11:38 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transfer of Invoice | Invoice (11).msg | 'Olga Panfilova' <olga@kartina.tv> | Lucia Chan <LChan@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | | 11/10/2015 16:03 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | Re_ RUSSTV (12).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | | 12/14/2015 10:17 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | RE_ RUSSTV (11).msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | | 12/14/2015 10:24 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transfer of Invoice | RUSSTV (10).msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | | 12/17/2015 10:57 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | Re_ RUSSTV (23).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | Laurie Mantell <LMantell@dunnington.com> | | 12/30/2015 14:00 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transfer of Invoice | Invoice (2).msg | 'Olga Panfilova' <olga@kartina.tv> | Lucia Chan <LChan@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | | 2/10/2016 13:43 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transfer of Invoice | RUSSTV (1).msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Lucia Chan <LChan@dunnington.com> | | 2/11/2016 11:01 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transfer of Invoice | RUSSTV (13).msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | | 2/22/2016 11:04 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | RussTV (15).msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | | 3/4/2016 15:35 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transfer of Invoice | RUSSTV Bill through 3_18_16.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | | 3/22/2016 14:03 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Division of Billing | Re_ CTC et al. v. ActavaTV Inc. - 15 Civ. 8681 - Actava's Firs (2).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | | 3/24/2016 9:58 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Division of Billing | Re_ CTC et al. v. ActavaTV Inc. - 15 Civ. 8681 - Actava's Firs.msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | | 3/24/2016 10:08 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Division of Billing | Re_ CTC et al. v. ActavaTV Inc. - 15 Civ. 8681 - Actava's Firs (5).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | | 3/24/2016 10:18 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Division of Billing | RE_ CTC et al. v. ActavaTV Inc. - 15 Civ. 8681 - Actava's Firs (24).msg | Raymond Dowd <RDowd@dunnington.com>; Georgiy Grachev <GGrachev@ctcmedia.ru> | Maksim Bobin <MBobin@ctcmedia.ru> | olga@kartina.tv; Elena Nazarova <evnazarova@ctcmedia.ru>; Sergey Kupreev <skupreev@ctcmedia.ru>; Samuel Blaustein <SBlaustein@dunnington.com>; Anna-Katharina Hoffmann <AHoffmann@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com> | | 3/24/2016 11:03 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Division of Billing | RE_ CTC et al. v. ActavaTV Inc. - 15 Civ. 8681 - Actava's Firs (20).msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | | 3/24/2016 11:31 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | Re_ CTC v Actava (10).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | | 4/5/2016 5:19 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transfer of Invoice | RUSSTV Bill through 4_08_2016.msg | olga@kartina.tv | Raymond Dowd <RDowd@dunnington.com> | Samuel Blaustein <SBlaustein@dunnington.com> | | 4/11/2016 17:47 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Distribution of Settlement Proceeds | Actava (1).msg | Olga Panfilova <olga@kartina.tv>; Raymond Dowd <RDowd@dunnington.com> | Maksim Bobin <MBobin@ctcmedia.ru> | Sergey Kupreev <skupreev@ctcmedia.ru>; Elena Nazarova <evnazarova@ctcmedia.ru>; Georgiy Grachev <GGrachev@ctcmedia.ru> | | 4/18/2016 10:33 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Distribution of Settlement Proceeds | FW_ CTC_Actava (2).msg | Olga Panfilova <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Samuel Blaustein <SBlaustein@dunnington.com> | | 4/18/2016 16:43 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Distribution of Settlement Proceeds | CTC v Actava (3).msg | 'Maksim Bobin' <MBobin@ctcmedia.ru> | Raymond Dowd <RDowd@dunnington.com> | 'Olga Panfilova' <olga@kartina.tv>; Jonathan Frank <JFrank@dunnington.com>; Samuel Blaustein <SBlaustein@dunnington.com> | | 4/27/2016 13:03 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | Re_ Actava Payment.msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | | 5/9/2016 3:30 | Attorney-Client Privilege |

| Category | Subject | Filename | From | To | CC | Date | Privilege |
|---|---|---|---|---|---|---|---|
| Legal Fees/Proceeds | Transfer of Invoice | Invoice (7).msg | 'Olga Panfilova' <olga@kartina.tv> | Lucia Chan <LChan@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 5/12/2016 12:59 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | FW_ Invoice.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 5/18/2016 12:30 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | Re_ Invoice.msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 5/19/2016 4:16 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transfer of Invoice | Invoice (1).msg | 'Olga Panfilova' <olga@kartina.tv> | Lucia Chan <LChan@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 6/16/2016 13:08 | Attorney-Client Privilege |
| Contempt Motion | Notification of Potential Breach of Settlement | FW_ Settlement of Actava TV Inc. Claim.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 6/24/2016 13:13 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transfer of Invoice | Invoice (12).msg | 'Olga Panfilova' <olga@kartina.tv> | Lucia Chan <LChan@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 8/19/2016 12:28 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Distribution of Settlement Proceeds | Matvil_ Channel One settlement.msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 8/23/2016 10:11 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transfer of Invoice | Invoice (13).msg | 'Olga Panfilova' <olga@kartina.tv> | Lucia Chan <LChan@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 9/12/2016 14:57 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Distribution of Settlement Proceeds | FW_ Channel One v. Infomir (16-cv-1318) (GBD)(BCM) (Settlement B.msg | Olga Panfilova <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 9/12/2016 17:21 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Distribution of Settlement Proceeds | Channel One v. Infomir (16-cv-1318) (GBD)(BCM) (Settlement Betwe.msg | Olga Panfilova <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Christopher Vidulich <CVidulich@dunnington.com>; Samuel Blaustein <SBlaustein@dunnington.com> | 9/12/2016 17:23 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Actava's Relaunched Service | Actava. Important..msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 9/27/2016 10:19 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Actava's Relaunched Service | Re_ Actava. Important..msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 9/27/2016 11:03 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Actava's Relaunched Service | RE_ Actava. Important..msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 9/27/2016 11:12 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Potential Action Against Actava | RussTV (2).msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Samuel Blaustein <SBlaustein@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com> | 9/30/2016 8:57 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Matvil/Actava Coordination | FW_ Recommended Response for Actava-Matvil Alliance.msg | 'Alexander Shprekher' <shprekher@gmail.com> | Raymond Dowd <RDowd@dunnington.com> | 'Olga Panfilova' <olga@kartina.tv>; Hardin Rowley <HRowley@dunnington.com>; Samuel Blaustein <SBlaustein@dunnington.com> | 10/3/2016 18:57 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Matvil/Actava Coordination | FW_ Recommended Response for Actava-Matvil Alliance.msg | 'Alexander Shprekher' <shprekher@gmail.com> | Raymond Dowd <RDowd@dunnington.com> | 'Olga Panfilova' <olga@kartina.tv>; Hardin Rowley <HRowley@dunnington.com>; Samuel Blaustein <SBlaustein@dunnington.com> | 10/3/2016 18:57 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Matvil/Actava Coordination | Re_ Recommended Response for Actava-Matvil Alliance.msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 10/4/2016 2:55 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Matvil/Actava Coordination | RE_ Recommended Response for Actava-Matvil Alliance.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 10/4/2016 9:45 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Matvil/Actava Coordination | FW_ Actava.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 10/4/2016 9:50 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Matvil/Actava Coordination | Actava.msg | Raymond Dowd <RDowd@dunnington.com> | Alexander Shprekher <shprekher@gmail.com> | Olga Panfilova <olga@kartina.tv> | 10/4/2016 11:06 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Matvil/Actava Coordination | Actava.msg | Raymond Dowd <RDowd@dunnington.com> | Alexander Shprekher <shprekher@gmail.com> | Olga Panfilova <olga@kartina.tv> | 10/4/2016 11:06 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Matvil/Actava Coordination | RE_ Actava (6).msg | 'Alexander Shprekher' <shprekher@gmail.com> | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | 10/4/2016 11:32 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Matvil/Actava Coordination | RE_ Actava (1).msg | 'Alexander Shprekher' <shprekher@gmail.com> | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | 10/4/2016 11:32 | Attorney-Client Privilege |
| Contempt Motion | Transmittal of Demand Letter Draft | Actava Demand Letter.msg | Olga Panfilova <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Hardin Rowley <HRowley@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com> | 10/5/2016 10:33 | Attorney-Client Privilege |

| Category | Description | Filename | From | To | CC | Date | Privilege |
|---|---|---|---|---|---|---|---|
| Contempt Motion | Discussion of Matvil/Actava Coordination | FW_ RUSSTV - Confidentiality.msg | Olga Panfilova <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 10/5/2016 10:52 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Actava's Relaunched Service | Fw_ CTC v Actava (4).msg | Olga Panfilova <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 10/6/2016 7:04 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Actava's Relaunched Service | Re_ Actava Demand Letter.msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | Hardin Rowley <HRowley@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com> | 10/11/2016 7:33 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Demand Letter | Re_ CTC v Actava (5).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 10/11/2016 7:40 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Demand Letter | RE_ Actava Demand Letter.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Hardin Rowley <HRowley@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com> | 10/11/2016 8:12 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Demand Letter | RE_ CTC v Actava (2).msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 10/11/2016 8:17 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice Payment. | .msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 10/12/2016 9:12 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Invoice Transmittal | Invoice (10).msg | 'Olga Panfilova' <olga@kartina.tv> | Lucia Chan <LChan@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 10/12/2016 13:11 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | Actava (1).msg | Raymond Dowd <RDowd@dunnington.com> | Denis Panschinski <p.d@kartina.tv> | olga@kartina.tv | 10/13/2016 6:05 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | Actava (4).msg | Raymond Dowd <RDowd@dunnington.com> | Denis Panschinski <p.d@kartina.tv> | olga@kartina.tv | 10/13/2016 6:05 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | RE_ Actava.msg | 'Denis Panschinski' <p.d@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | olga@kartina.tv; Christopher Vidulich <CVidulich@dunnington.com> | 10/13/2016 8:37 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | Re[2]_ Actava.msg | Raymond Dowd <RDowd@dunnington.com> | Denis Panschinski <p.d@kartina.tv> | olga@kartina.tv; Christopher Vidulich <CVidulich@dunnington.com> | 10/13/2016 9:40 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | Re[2]_ Actava (1).msg | Raymond Dowd <RDowd@dunnington.com> | Denis Panschinski <p.d@kartina.tv> | olga@kartina.tv; Christopher Vidulich <CVidulich@dunnington.com> | 10/13/2016 9:40 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | Re[2]_ Actava.msg | Raymond Dowd <RDowd@dunnington.com> | Denis Panschinski <p.d@kartina.tv> | olga@kartina.tv; Christopher Vidulich <CVidulich@dunnington.com> | 10/13/2016 9:40 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | Re[2]_ Actava (1).msg | Raymond Dowd <RDowd@dunnington.com> | Denis Panschinski <p.d@kartina.tv> | olga@kartina.tv; Christopher Vidulich <CVidulich@dunnington.com> | 10/13/2016 9:40 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | Re_ Skype - Actava.msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | Christopher Vidulich <CVidulich@dunnington.com> | 10/17/2016 8:53 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | FW_ Skype - Actava.msg | olga@kartina.tv | Raymond Dowd <RDowd@dunnington.com> | Christopher Vidulich <CVidulich@dunnington.com> | 10/18/2016 9:53 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | RE_ Re[2]_ Actava.msg | 'Denis Panschinski' <p.d@kartina.tv> | Christopher Vidulich <CVidulich@dunnington.com> | olga@kartina.tv; Raymond Dowd <RDowd@dunnington.com> | 10/20/2016 17:20 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | Re[4]_ Actava.msg | Christopher Vidulich <CVidulich@dunnington.com> | Denis Panschinski <p.d@kartina.tv> | olga@kartina.tv; Raymond Dowd <RDowd@dunnington.com> | 10/21/2016 3:37 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | Re[4]_ Actava.msg | Christopher Vidulich <CVidulich@dunnington.com> | Denis Panschinski <p.d@kartina.tv> | olga@kartina.tv; Raymond Dowd <RDowd@dunnington.com> | 10/21/2016 3:37 | Attorney-Client Privilege |
| Referral Agreement | Transmittal of Letter from Matvil Identifying Referral Agreement | FW_ Notice of Suspected Breach of Settlement Agreement and Relea (3).msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Samuel Blaustein <SBlaustein@dunnington.com>; Hardin Rowley <HRowley@dunnington.com> | 10/28/2016 15:11 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Referral Agreement | Fw_ Notice of Suspected Breach of Settlement Agreement and Relea (6).msg | Olga Panfilova <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Hardin Rowley <HRowley@dunnington.com>; Samuel Blaustein <SBlaustein@dunnington.com> | 10/28/2016 17:50 | Attorney-Client Privilege |
| Referral Agreement | Discussion of Referral Agreement | Fw_ Notice of Suspected Breach of Settlement Agreement and Relea (6).msg | Olga Panfilova <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Hardin Rowley <HRowley@dunnington.com>; Samuel Blaustein <SBlaustein@dunnington.com> | 10/28/2016 17:50 | Attorney-Client Privilege, Work Product Privilege |

| Category | Subject Category | Filename | To | From | CC | Date | Privilege |
|---|---|---|---|---|---|---|---|
| Contempt Motion | Discussion of Referral Agreement | Re_ Notice of Suspected Breach of Settlement Agreement and Relea.msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | Hardin Rowley <HRowley@dunnington.com>; Samuel Blaustein <SBlaustein@dunnington.com> | 10/31/2016 11:31 | Attorney-Client Privilege |
| Referral Agreement | Discussion of Referral Agreement | Re_ Notice of Suspected Breach of Settlement Agreement and Relea.msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | Hardin Rowley <HRowley@dunnington.com>; Samuel Blaustein <SBlaustein@dunnington.com> | 10/31/2016 11:31 | Attorney-Client Privilege, Work Product Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | RE_ Re[4]_ Actava (1).msg | 'Denis Panschinski' <p.d@kartina.tv> | Christopher Vidulich <CVidulich@dunnington.com> | olga@kartina.tv; Raymond Dowd <RDowd@dunnington.com> | 11/1/2016 11:45 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Referral Agreement | FW_ Notice of Suspected Breach of Settlement Agreement and Relea (1).msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 11/3/2016 11:03 | Attorney-Client Privilege |
| Referral Agreement | Discussion of Referral Agreement | FW_ Notice of Suspected Breach of Settlement Agreement and Relea (1).msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 11/3/2016 11:03 | Attorney-Client Privilege, Work Product Privilege |
| Contempt Motion | Discussion of Referral Agreement | Re_ Notice of Suspected Breach of Settlement Agreement and Relea (3).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 11/4/2016 6:49 | Attorney-Client Privilege |
| Referral Agreement | Discussion of Referral Agreement | Re_ Notice of Suspected Breach of Settlement Agreement and Relea (3).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 11/4/2016 6:49 | Attorney-Client Privilege, Work Product Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | RE_ Re[4]_ Actava.msg | 'Denis Panschinski' <p.d@kartina.tv> | Christopher Vidulich <CVidulich@dunnington.com> | 'olga@kartina.tv' <olga@kartina.tv>; Raymond Dowd <RDowd@dunnington.com> | 11/7/2016 10:22 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | Re[6]_ Actava.msg | Christopher Vidulich <CVidulich@dunnington.com> | Denis Panschinski <p.d@kartina.tv> | 'olga@kartina.tv' <olga@kartina.tv>; Raymond Dowd <RDowd@dunnington.com> | 11/7/2016 10:30 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | Re[6]_ Actava.msg | Christopher Vidulich <CVidulich@dunnington.com> | Denis Panschinski <p.d@kartina.tv> | 'olga@kartina.tv' <olga@kartina.tv>; Raymond Dowd <RDowd@dunnington.com> | 11/7/2016 10:30 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | RE_ Re[6]_ Actava (1).msg | 'Denis Panschinski' <p.d@kartina.tv> | Christopher Vidulich <CVidulich@dunnington.com> | 'olga@kartina.tv' <olga@kartina.tv>; Raymond Dowd <RDowd@dunnington.com> | 11/7/2016 10:32 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | RE_ Re[6]_ Actava.msg | 'Denis Panschinski' <p.d@kartina.tv>; Christopher Vidulich <CVidulich@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 'olga@kartina.tv' <olga@kartina.tv> | 11/7/2016 10:36 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | Re[8]_ Actava.msg | Christopher Vidulich <CVidulich@dunnington.com> | Denis Panschinski <p.d@kartina.tv> | 'olga@kartina.tv' <olga@kartina.tv>; Raymond Dowd <RDowd@dunnington.com> | 11/7/2016 11:13 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | Re[8]_ Actava.msg | Christopher Vidulich <CVidulich@dunnington.com> | Denis Panschinski <p.d@kartina.tv> | 'olga@kartina.tv' <olga@kartina.tv>; Raymond Dowd <RDowd@dunnington.com> | 11/7/2016 11:13 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | Re[9]_ Actava.msg | Christopher Vidulich <CVidulich@dunnington.com> | Denis Panschinski <p.d@kartina.tv> | 'olga@kartina.tv' <olga@kartina.tv>; Raymond Dowd <RDowd@dunnington.com> | 11/9/2016 8:27 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | Re[9]_ Actava.msg | Christopher Vidulich <CVidulich@dunnington.com> | Denis Panschinski <p.d@kartina.tv> | 'olga@kartina.tv' <olga@kartina.tv>; Raymond Dowd <RDowd@dunnington.com> | 11/9/2016 8:27 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | RE_ Re[9]_ Actava.msg | 'Denis Panschinski' <p.d@kartina.tv>; Christopher Vidulich <CVidulich@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 'olga@kartina.tv' <olga@kartina.tv> | 11/9/2016 8:29 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | RE_ Re[9]_ Actava (1).msg | 'Denis Panschinski' <p.d@kartina.tv>; 'olga@kartina.tv' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Christopher Vidulich <CVidulich@dunnington.com>; Samuel Blaustein <SBlaustein@dunnington.com> | 11/9/2016 8:38 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | Re[11]_ Actava.msg | Raymond Dowd <RDowd@dunnington.com>; 'olga@kartina.tv' <olga@kartina.tv> | Denis Panschinski <p.d@kartina.tv> | Christopher Vidulich <CVidulich@dunnington.com>; Samuel Blaustein <SBlaustein@dunnington.com> | 11/9/2016 10:37 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | Re[11]_ Actava.msg | Raymond Dowd <RDowd@dunnington.com>; 'olga@kartina.tv' <olga@kartina.tv> | Denis Panschinski <p.d@kartina.tv> | Christopher Vidulich <CVidulich@dunnington.com>; Samuel Blaustein <SBlaustein@dunnington.com> | 11/9/2016 10:37 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Settlement Agreement | FW_ Channel One et al. v. Infomir LLC et al. (16-cv-1318)(GBD)(B.msg | 'olga@kartina.tv' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 11/9/2016 17:21 | Attorney-Client Privilege |
| Referral Agreement | Transmittal of Draft Response Letter to Actava | FW_ Channel One et al. v. Infomir LLC et al. (16-cv-1318)(GBD)(B.msg | 'olga@kartina.tv' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 11/9/2016 17:21 | Attorney-Client Privilege, Work Product Privilege |

| Category | Subject Category | Subject | From | To | CC | Date | Privilege |
|---|---|---|---|---|---|---|---|
| Contempt Motion | Transmittal of Response Letter to Actava | Channel One v. Infomir (16-cv-1318) (Response Letter re_ Actava).msg | 'olga@kartina.tv' <olga@kartina.tv> | Christopher Vidulich <CVidulich@dunnington.com> | Raymond Dowd <RDowd@dunnington.com>; Samuel Blaustein <SBlaustein@dunnington.com>; Hardin Rowley <HRowley@dunnington.com> | 11/10/2016 17:52 | Attorney-Client Privilege |
| Contempt Motion | Transmittal of Response Letter to Actava | Notice of Suspected Breach of Settlement Agreement and Release.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Samuel Blaustein <SBlaustein@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com> | 11/14/2016 15:36 | Attorney-Client Privilege |
| Referral Agreement | Transmittal of Response Letter to Actava | Notice of Suspected Breach of Settlement Agreement and Release.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Samuel Blaustein <SBlaustein@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com> | 11/14/2016 15:36 | Attorney-Client Privilege, Work Product Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | Re_ RussTV - Set Top Boxes __ Actava.msg | Raymond Dowd <RDowd@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com> | Denis Panschinski <p.d@kartina.tv> | olga@kartina.tv | 11/15/2016 7:24 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | Re_ RussTV - Set Top Boxes __ Actava.msg | Raymond Dowd <RDowd@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com> | Denis Panschinski <p.d@kartina.tv> | olga@kartina.tv | 11/15/2016 7:24 | Attorney-Client Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | FW_ Notice of Suspected Breach of Settlement Agreement and Relea (4).msg | 'Denis Panschinski' <p.d@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | 'Olga Panfilova' <olga@kartina.tv>; Christopher Vidulich <CVidulich@dunnington.com> | 11/15/2016 8:50 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Matvil/Actava Coordination | Re_ Notice of Suspected Breach of Settlement Agreement and Relea (4).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 11/15/2016 10:29 | Attorney-Client Privilege |
| Referral Agreement | Discussion of Referral Agreement | Re_ Notice of Suspected Breach of Settlement Agreement and Relea (4).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 11/15/2016 10:29 | Attorney-Client Privilege, Work Product Privilege |
| Contempt Motion | Transfer of Correspondence from Actava's Attorneys | FW_ Notice of Suspected Breach of Settlement Agreement and Relea.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 11/16/2016 8:53 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Matvil/Actava Coordination | Fw_ Notice of Suspected Breach of Settlement Agreement and Relea (2).msg | Olga Panfilova <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Samuel Blaustein <SBlaustein@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com>; David Hoffman <DHoffman@dunnington.com> | 11/18/2016 17:56 | Attorney-Client Privilege |
| Referral Agreement | Discussion of Litigation Strategy | Fw_ Notice of Suspected Breach of Settlement Agreement and Relea (2).msg | Olga Panfilova <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Samuel Blaustein <SBlaustein@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com>; David Hoffman <DHoffman@dunnington.com> | 11/18/2016 17:56 | Attorney-Client Privilege, Work Product Privilege |
| Contempt Motion | Discussion of Litigation Strategy | Re_ Notice of Suspected Breach of Settlement Agreement and Relea (2).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | Samuel Blaustein <SBlaustein@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com>; David Hoffman <DHoffman@dunnington.com> | 11/19/2016 1:42 | Attorney-Client Privilege |
| Referral Agreement | Discussion of Litigation Strategy | Re_ Notice of Suspected Breach of Settlement Agreement and Relea (2).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | Samuel Blaustein <SBlaustein@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com>; David Hoffman <DHoffman@dunnington.com> | 11/19/2016 1:42 | Attorney-Client Privilege, Work Product Privilege |
| Contempt Motion | Discussion of Litigation Strategy | RE_ Notice of Suspected Breach of Settlement Agreement and Relea (1).msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 11/19/2016 12:26 | Attorney-Client Privilege |
| Referral Agreement | Discussion of Litigation Strategy | RE_ Notice of Suspected Breach of Settlement Agreement and Relea (1).msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 11/19/2016 12:26 | Attorney-Client Privilege, Work Product Privilege |
| Contempt Motion | Discussion of Litigation Strategy | Re_ Notice of Suspected Breach of Settlement Agreement and Relea (5).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 11/22/2016 9:32 | Attorney-Client Privilege |
| Referral Agreement | Discussion of Litigation Strategy | Re_ Notice of Suspected Breach of Settlement Agreement and Relea (5).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 11/22/2016 9:32 | Attorney-Client Privilege, Work Product Privilege |
| Contempt Motion | Investigation of Actava's Relaunched Service | Re_ Notice of Suspected Breach of Settlement Agreement and Relea (6).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 11/22/2016 9:48 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transmittal of Invoice | Invoice (4).msg | 'Olga Panfilova' <olga@kartina.tv> | Lucia Chan <LChan@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 11/22/2016 14:50 | Attorney-Client Privilege |
| Contempt Motion | Actava Investigation | Actava. (2).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 11/23/2016 9:29 | Attorney-Client Privilege |

| Category | Subject Category | File Name | From | To | CC | Date | Privilege |
|---|---|---|---|---|---|---|---|
| Contempt Motion | Actava Investigation | RE_ Actava. (1).msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | David Hoffman <DHoffman@dunnington.com>; Samuel Blaustein <SBlaustein@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com> | 11/23/2016 9:34 | Attorney-Client Privilege |
| Contempt Motion | Actava Investigation | Fwd_ Реклама актавы на радио дэвидсон.msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 11/23/2016 9:44 | Attorney-Client Privilege |
| Contempt Motion | Actava Investigation | Re_ Actava..msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | David Hoffman <DHoffman@dunnington.com>; Samuel Blaustein <SBlaustein@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com> | 11/23/2016 9:47 | Attorney-Client Privilege |
| Contempt Motion | Actava Investigation | Russtv - Actava.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Samuel Blaustein <SBlaustein@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com>; David Hoffman <DHoffman@dunnington.com> | 11/25/2016 16:43 | Attorney-Client Privilege |
| Contempt Motion | Actava Investigation | Fw_ Реклама актавы на ради о дэвидсон.msg | Olga Panfilova <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | David Hoffman <DHoffman@dunnington.com>; Samuel Blaustein <SBlaustein@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com> | 11/28/2016 6:15 | Attorney-Client Privilege |
| Contempt Motion | Transmittal of Draft of Motion for Contempt | Actava - Motion for Contempt.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Brian Mangan <BMangan@dunnington.com>; Samuel Blaustein <SBlaustein@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com> | 12/7/2016 17:18 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transmittal of Invoice | Invoice (6).msg | 'Olga Panfilova' <olga@kartina.tv> | Lucia Chan <LChan@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 12/8/2016 16:01 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Motion for Contempt | Re_ Actava - Motion for Contempt.msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | Brian Mangan <BMangan@dunnington.com>; Samuel Blaustein <SBlaustein@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com> | 12/9/2016 8:15 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Motion for Contempt | FW_ Notice of Suspected Breach of Settlement Agreement and Relea (5).msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Samuel Blaustein <SBlaustein@dunnington.com>; David Hoffman <DHoffman@dunnington.com>; Brian Mangan <BMangan@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com> | 12/9/2016 18:41 | Attorney-Client Privilege |
| Referral Agreement | Discussion of Motion for Contempt | FW_ Notice of Suspected Breach of Settlement Agreement and Relea (5).msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Samuel Blaustein <SBlaustein@dunnington.com>; David Hoffman <DHoffman@dunnington.com>; Brian Mangan <BMangan@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com> | 12/9/2016 18:41 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Motion for Contempt | Re_ Notice of Suspected Breach of Settlement Agreement and Relea (1).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | Samuel Blaustein <SBlaustein@dunnington.com>; David Hoffman <DHoffman@dunnington.com>; Brian Mangan <BMangan@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com> | 12/12/2016 8:09 | Attorney-Client Privilege |
| Referral Agreement | Discussion of Motion for Contempt | Re_ Notice of Suspected Breach of Settlement Agreement and Relea (1).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | Samuel Blaustein <SBlaustein@dunnington.com>; David Hoffman <DHoffman@dunnington.com>; Brian Mangan <BMangan@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com> | 12/12/2016 8:09 | Attorney-Client Privilege, Work Product |
| Contempt Motion | Discussion of Motion for Contempt | Channel One et al v. Infomir et al (16-cv-1318) (GBD)(BCM) (Moti.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 12/14/2016 12:12 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | Re_ Another target. (1).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 12/21/2016 10:17 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | RE_ Another target. (3).msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Lucia Chan <LChan@dunnington.com>; Laurie Mantell <LMantell@dunnington.com> | 12/21/2016 10:38 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | FW_ Another target..msg | 'Olga Panfilova' <olga@kartina.tv> | Lucia Chan <LChan@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 12/21/2016 12:19 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | Re_ Another target..msg | Lucia Chan <LChan@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 12/30/2016 9:08 | Attorney-Client Privilege |

| Category | Subject Category | File | From | To | CC | Date | Privilege |
|---|---|---|---|---|---|---|---|
| Legal Fees/Proceeds | Discussion of Invoice | RE_ Another target. (1).msg | 'Olga Panfilova' <olga@kartina.tv> | Lucia Chan <LChan@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 12/30/2016 10:24 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Motion for Contempt | On behalf of Toby Butterfield _ re. Joint Stock Company "Channel.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 1/13/2017 10:38 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Motion for Contempt | Re_ On behalf of Toby Butterfield _ re. Joint Stock Company "Cha.msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 1/16/2017 10:19 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Motion for Contempt | RUSSTV (Sanctions) against Actava.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Samuel Blaustein <SBlaustein@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com>; David Hoffman <DHoffman@dunnington.com> | 1/23/2017 10:11 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Motion for Contempt | Channel One v. Infomir (16-cv-1318) (Actava Contempt Motion Lett.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 1/25/2017 17:05 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transmittal of Invoice | Invoice (8).msg | 'Olga Panfilova' <olga@kartina.tv> | Lucia Chan <LChan@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 2/8/2017 14:50 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transmittal of Invoice | Invoice (3).msg | 'Olga Panfilova' <olga@kartina.tv> | Lucia Chan <LChan@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 3/17/2017 12:59 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Motion for Contempt | Actava Contempt Motion.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Samuel Blaustein <SBlaustein@dunnington.com> | 4/24/2017 17:11 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transmittal of Invoice | Dunnington Bartholow & Miller Bill Through March 31 2017.msg | Olga Panfilova <olga@kartina.tv> | Christopher Vidulich <CVidulich@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 4/24/2017 17:27 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Contempt Motion | RussTV - Pursuing Actava For Breach of the Settlement Agreement.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Samuel Blaustein <SBlaustein@dunnington.com> | 4/25/2017 11:33 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Contempt Motion | Re_ RussTV - Pursuing Actava For Breach of the Settlement Agree.msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | Samuel Blaustein <SBlaustein@dunnington.com> | 4/28/2017 9:43 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Contempt Motion | RE_ RussTV - Pursuing Actava For Breach of the Settlement Agree.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Samuel Blaustein <SBlaustein@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com> | 4/28/2017 15:28 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | Re_ Channel One v. Infomir (16-cv-1318)(Subpoenas).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 5/3/2017 8:29 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | RE_ Channel One v. Infomir (16-cv-1318)(Subpoenas).msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 5/3/2017 8:50 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Potential Action Against Actava | FW_ Channel One v. Actava (Draft Complaint Exhibits Verificati.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Christopher Vidulich <CVidulich@dunnington.com> | 5/8/2017 17:47 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Potential Action Against Actava | Re_ Channel One v. Actava (Draft Complaint Exhibits Verificati.msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | Christopher Vidulich <CVidulich@dunnington.com> | 5/9/2017 3:02 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transmittal of Invoice | Dunnington Bartholow & Miller Bill Through April 30 2017.msg | 'Olga Panfilova' <olga@kartina.tv> | Christopher Vidulich <CVidulich@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 5/19/2017 10:27 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Potential Action Against Actava | Fwd_ Channel One v. Actava (Draft Complaint Exhibits Verificat.msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 5/24/2017 4:37 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Potential Action Against Actava | Channel One v. Actava (Draft Complaint Exhibits Verification).msg | Olga Panfilova <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 5/24/2017 9:19 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transmittal of Invoice | Dunnington Bartholow & Miller Bill Through May 31 2017.msg | Olga Panfilova <olga@kartina.tv> | Christopher Vidulich <CVidulich@dunnington.com> | | 6/13/2017 17:57 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transmittal of Invoice | Dunnington Bartholow & Miller Bill Through June 30 2017.msg | Olga Panfilova <olga@kartina.tv> | Christopher Vidulich <CVidulich@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 8/9/2017 17:33 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice, Payment Arrangement | Invoice. (1).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 9/18/2017 8:36 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice, Payment Arrangement | RE_ Invoice..msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 9/18/2017 9:07 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice, Payment Arrangement | Re_ Invoice..msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 9/18/2017 10:06 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice, Payment Arrangement | RE_ Invoice. (1).msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 9/18/2017 10:46 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice, Payment Arrangement | FW_ RUSSTV - Deferred Amount.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Christopher Vidulich <CVidulich@dunnington.com> | 9/18/2017 16:37 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice, Payment Arrangement | RUSSTV - Amended Bill and Retainer Agreement.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 9/18/2017 17:41 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice, Payment Arrangement | Re_ RUSSTV - Amended Bill and Retainer Agreement.msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 9/19/2017 9:56 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice, Payment Arrangement | RE_ RUSSTV - Amended Bill and Retainer Agreement.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Christopher Vidulich <CVidulich@dunnington.com> | 9/19/2017 9:58 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice, Payment Arrangement | FW_ RUSSTV - Amended Complaint Version 2.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 9/19/2017 11:00 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice, Payment Arrangement | Re_ RUSSTV - Amended Complaint Version 2.msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 9/22/2017 5:15 | Attorney-Client Privilege |

| Category | Subject | File | From | To | CC | Date | Privilege |
|---|---|---|---|---|---|---|---|
| Legal Fees/Proceeds | Discussion of Invoice | Invoice..msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 9/22/2017 8:16 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Payment Arrangement | RE_ C1R trademarks (3).msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 9/29/2017 16:12 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Order on Contempt Motion | Activity in Case 1_16-cv-01318-GBD-BCM Joint Stock Company Chann (6).msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 9/29/2017 17:19 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transmittal of Invoice | RUSSTV Bill.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 9/29/2017 17:22 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Potential Breach of Settlement | Re_ Activity in Case 1_16-cv-01318-GBD-BCM Joint Stock Company C (3).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 10/4/2017 7:41 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Potential Breach of Settlement | Re_ Activity in Case 1_16-cv-01318-GBD-BCM Joint Stock Company C (3).msg | Olga Panfilova <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 10/4/2017 7:54 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Potential Breach of Settlement | Re_ Activity in Case 1_16-cv-01318-GBD-BCM Joint Stock Company C (4).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 10/4/2017 7:57 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Potential Breach of Settlement | Re_ Activity in Case 1_16-cv-01318-GBD-BCM Joint Stock Company C.msg | Olga Panfilova <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 10/4/2017 8:04 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transmittal of Invoice | Dunnington Bartholow & Miller Bill Through October 31 2017.msg | Olga Panfilova <olga@kartina.tv> | Christopher Vidulich <CVidulich@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 11/29/2017 17:11 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | Fwd_ AW_ Rechnung.msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 12/6/2017 8:43 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | RE_ AW_ Rechnung.msg | Olga Panfilova <olga@kartina.tv> | Christopher Vidulich <CVidulich@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 12/6/2017 18:10 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | Re_ RussTV Wire (1).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 1/5/2018 10:15 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transmittal of Invoice | Dunnington Bartholow & Miller Bill Through December 31 2017.msg | Olga Panfilova <olga@kartina.tv> | Christopher Vidulich <CVidulich@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 1/31/2018 16:05 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | Re_ Dunnington Bartholow & Miller Bill Through December 31 2017.msg | Christopher Vidulich <CVidulich@dunnington.com> | Olga Panfilova <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | 2/16/2018 9:30 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | Re_ Dunnington Bartholow & Miller Bill Through December 31 2017 (1).msg | Olga Panfilova <olga@kartina.tv>; Christopher Vidulich <CVidulich@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | | 2/16/2018 10:26 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | Re_ Dunnington Bartholow & Miller Bill Through December 31 2017 (1).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 2/19/2018 9:18 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Payment Arrangement | retainer.msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 3/5/2018 15:29 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transmittal of Invoice | Dunnington Bartholow & Miller Bill Through February 28 2018.msg | Olga Panfilova <olga@kartina.tv> | Christopher Vidulich <CVidulich@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 3/26/2018 14:57 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transmittal of Invoice | Dunnington Bartholow & Miller Bill Through March 31 2018.msg | Olga Panfilova <olga@kartina.tv> | Christopher Vidulich <CVidulich@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 5/23/2018 11:35 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transmittal of Invoice | Dunnington Bartholow & Miller Bill Through April 30 2018.msg | olga@kartina.tv | Christopher Vidulich <CVidulich@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 7/26/2018 16:00 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | Bill..msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 8/7/2018 9:29 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | Issue..msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 8/30/2018 8:38 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | Re_ WIP.msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 9/28/2018 8:14 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | RE_ WIP.msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 9/28/2018 13:00 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Transmittal of Invoice | Dunnington Bartholow & Miller Bill Through June 30 2018.msg | 'Olga Panfilova' <olga@kartina.tv> | Christopher Vidulich <CVidulich@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 10/8/2018 11:53 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | RE_ Dunnington Bartholow & Miller Bill Through June 30 2018.msg | 'Olga Panfilova' <olga@kartina.tv> | Christopher Vidulich <CVidulich@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 10/8/2018 12:25 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Payment Arrangement | Fwd_ Иск от Актавы.msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 10/12/2018 10:35 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Draft Notice of Breach to Actava | RussTV'_ Important for your Review_ Draft Notice of Breach to Ac.msg | 'Olga Panfilova' <olga@kartina.tv> | Hardin Rowley <HRowley@dunnington.com> | Raymond Dowd <RDowd@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com>; Samuel Blaustein <SBlaustein@dunnington.com>; Akbar Khan <AKhan@dunnington.com> | 11/14/2018 17:19 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Draft Notice of Breach to Actava | Draft Notice of Breach to Actava.msg | 'Alexander Shprekher' <shprekher@gmail.com> | Raymond Dowd <RDowd@dunnington.com> | 'olga@kartina.tv' <olga@kartina.tv>; Hardin Rowley <HRowley@dunnington.com> | 11/15/2018 9:24 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Draft Notice of Breach to Actava | Draft Notice of Breach to Actava.msg | 'Alexander Shprekher' <shprekher@gmail.com> | Raymond Dowd <RDowd@dunnington.com> | 'olga@kartina.tv' <olga@kartina.tv>; Hardin Rowley <HRowley@dunnington.com> | 11/15/2018 9:24 | Attorney-Client Privilege |

| Category | Subject Type | Filename | From | To | CC | Date | Privilege |
|---|---|---|---|---|---|---|---|
| Legal Fees/Proceeds | Transmittal of Invoice | Dunnington Bartholow & Miller Invoice Through November 30 2018.msg | 'Olga Panfilova' <olga@kartina.tv> | Christopher Vidulich <CVidulich@dunnington.com> | Raymond Dowd <RDowd@dunnington.com> | 12/13/2018 9:53 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | Bill.msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 12/21/2018 10:31 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | Re_ Bill.msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 12/21/2018 10:57 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | Updated statements.msg | 'olga@kartina.tv' <olga@kartina.tv> | Laurie Mantell <LMantell@dunnington.com> | Raymond Dowd <RDowd@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com> | 12/26/2018 14:37 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | Payment. (1).msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 1/3/2019 15:06 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Invoice | RE_ Payment. (2).msg | 'Olga Panfilova' <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | | 1/3/2019 15:10 | Attorney-Client Privilege |