# Exhibit C

| Category | Topic | Email Subject | To | From | CC | BCC | Sent | Privilege Justification |
|---|---|---|---|---|---|---|---|---|
| Legal Fees/Proceeds | Discussion of Division of Billing | RE_ CTC et al. v. ActavaTV Inc. - 15 Civ. 8681 - Actava's Firs (24).msg | Raymond Dowd <RDowd@dunnington.com>; Georgiy Grachev <GGrachev@ctcmedia.ru> | Maksim Bobin <MBobin@ctcmedia.ru> | olga@kartina.tv; Elena Nazarova <evnazarova@ctcmedia.ru>; Sergey Kupreev <skupreev@ctcmedia.ru>; Samuel Blaustein <SBlaustein@dunnington.com>; Anna-Katharina Hoffmann <AHoffmann@dunnington.com>; Christopher Vidulich <CVidulich@dunnington.com> | | 3/24/2016 11:03 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Distribution of Settlement Proceeds | Actava (1).msg | Olga Panfilova <olga@kartina.tv>; Raymond Dowd <RDowd@dunnington.com> | Maksim Bobin <MBobin@ctcmedia.ru> | Sergey Kupreev <skupreev@ctcmedia.ru>; Elena Nazarova <evnazarova@ctcmedia.ru>; Georgiy Grachev <GGrachev@ctcmedia.ru> | | 4/18/2016 10:33 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Distribution of Settlement Proceeds | RE_ Actava (8).msg | 'Maksim Bobin' <MBobin@ctcmedia.ru>; Olga Panfilova <olga@kartina.tv> | Raymond Dowd <RDowd@dunnington.com> | Sergey Kupreev <skupreev@ctcmedia.ru>; Elena Nazarova <evnazarova@ctcmedia.ru>; Georgiy Grachev <GGrachev@ctcmedia.ru> | | 4/18/2016 12:07 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Distribution of Settlement Proceeds | CTC v Actava (3).msg | 'Maksim Bobin' <MBobin@ctcmedia.ru> | Raymond Dowd <RDowd@dunnington.com> | 'Olga Panfilova' <olga@kartina.tv>; Jonathan Frank <JFrank@dunnington.com>; Samuel Blaustein <SBlaustein@dunnington.com> | | 4/27/2016 13:03 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Distribution of Settlement Proceeds | accounting.msg | Raymond Dowd <RDowd@dunnington.com> | Alexander Shprekher <shprekher@gmail.com> | | | 8/25/2016 7:14 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Distribution of Settlement Proceeds | Accounting (1).msg | Raymond Dowd <RDowd@dunnington.com> | Alexander Shprekher <shprekher@gmail.com> | | | 8/25/2016 12:37 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Distribution of Settlement Proceeds | RE_ Accounting (1).msg | 'Alexander Shprekher' <shprekher@gmail.com> | Raymond Dowd <RDowd@dunnington.com> | | | 8/25/2016 20:16 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Distribution of Settlement Proceeds | Channel One v. Infomir (16-cv-1318) (GBD)(BCM) (Settlement Betwe.msg | 'Alexander Shprekher' <shprekher@gmail.com> | Raymond Dowd <RDowd@dunnington.com> | Christopher Vidulich <CVidulich@dunnington.com>; Samuel Blaustein <SBlaustein@dunnington.com> | | 9/12/2016 17:21 | Attorney-Client Privilege |
| Legal Fees/Proceeds | Discussion of Distribution of Settlement Proceeds | Re_ Channel One v. Infomir (16-cv-1318) (GBD)(BCM) (Settlement B.msg | Raymond Dowd <RDowd@dunnington.com> | Alexander Shprekher <shprekher@gmail.com> | AE <aefimov1tv@gmail.com> | | 9/12/2016 17:31 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Actava's Relaunched Service | Actava. Important..msg | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | | 9/27/2016 10:19 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Matvil/Actava Coordination | Actava (2).msg | Raymond Dowd <RDowd@dunnington.com> | Alexander Shprekher <shprekher@gmail.com> | | | 10/3/2016 10:20 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Matvil/Actava Coordination | FW_ Recommended Response for Actava-Matvil Alliance.msg | 'Alexander Shprekher' <shprekher@gmail.com> | Raymond Dowd <RDowd@dunnington.com> | 'Olga Panfilova' <olga@kartina.tv>; Hardin Rowley <HRowley@dunnington.com>; Samuel Blaustein <SBlaustein@dunnington.com> | | 10/3/2016 18:57 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Matvil/Actava Coordination | FW_ Recommended Response for Actava-Matvil Alliance.msg | 'Alexander Shprekher' <shprekher@gmail.com> | Raymond Dowd <RDowd@dunnington.com> | 'Olga Panfilova' <olga@kartina.tv>; Hardin Rowley <HRowley@dunnington.com>; Samuel Blaustein <SBlaustein@dunnington.com> | | 10/3/2016 18:57 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Matvil/Actava Coordination | Actava.msg | Raymond Dowd <RDowd@dunnington.com> | Alexander Shprekher <shprekher@gmail.com> | Olga Panfilova <olga@kartina.tv> | | 10/4/2016 11:06 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Matvil/Actava Coordination | Actava.msg | Raymond Dowd <RDowd@dunnington.com> | Alexander Shprekher <shprekher@gmail.com> | Olga Panfilova <olga@kartina.tv> | | 10/4/2016 11:06 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Matvil/Actava Coordination | RE_ Actava (6).msg | 'Alexander Shprekher' <shprekher@gmail.com> | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 10/4/2016 11:32 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Matvil/Actava Coordination | RE_ Actava (1).msg | 'Alexander Shprekher' <shprekher@gmail.com> | Raymond Dowd <RDowd@dunnington.com> | Olga Panfilova <olga@kartina.tv> | | 10/4/2016 11:32 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Draft Notice of Breach to Actava | Draft Notice of Breach to Actava.msg | 'Alexander Shprekher' <shprekher@gmail.com> | Raymond Dowd <RDowd@dunnington.com> | 'olga@kartina.tv' <olga@kartina.tv>; Hardin Rowley <HRowley@dunnington.com> | | 11/15/2018 9:24 | Attorney-Client Privilege |
| Contempt Motion | Discussion of Draft Notice of Breach to Actava | Draft Notice of Breach to Actava.msg | 'Alexander Shprekher' <shprekher@gmail.com> | Raymond Dowd <RDowd@dunnington.com> | 'olga@kartina.tv' <olga@kartina.tv>; Hardin Rowley <HRowley@dunnington.com> | | 11/15/2018 9:24 | Attorney-Client Privilege |
| Referral Agreement | Discussion of Referral Agreement | FW_ Actava TV Inc. et al. v. Joint Stock Company _Channel One_ e.msg | Christopher Vidulich <CVidulich@dunnington.com> | Вера Мороз <v.moroz@tvrain.ru> | Наталья Синдеева <sindeeva@tvrain.ru>; Raymond Dowd <RDowd@dunnington.com>; Hardin Rowley <HRowley@dunnington.com>; Akbar Khan <AKhan@dunnington.com>; Дмитрий Афанасьев <afanasyev@tvrain.ru> | | 2/12/2019 11:18 | Attorney-Client Privilege, Work Product Privilege |

| Subject | Description | Filename | From | To | CC | Date | Privilege |
|---|---|---|---|---|---|---|---|
| Referral Agreement | Discussion of Referral Agreement | FW_ Actava TV Inc. et al. v. Joint Stock Company _Channel One_ e.msg | Christopher Vidulich <CVidulich@dunnington.com> | Вера Мороз <v.moroz@tvrain.ru> | Наталья Синдеева <sindeeva@tvrain.ru>; Raymond Dowd <RDowd@dunnington.com>; Hardin Rowley <HRowley@dunnington.com>; Akbar Khan <AKhan@dunnington.com>; Дмитрий Афанасьев <afanasyev@tvrain.ru> | 2/12/2019 11:18 | Attorney-Client Privilege, Work Product Privilege |
| Referral Agreement | Transfer of Referral Agreement | RE_ Actava TV Inc. et al. v. Joint Stock Company _Channel One_ e (5).msg | 'Вера Мороз' <v.moroz@tvrain.ru> | Christopher Vidulich <CVidulich@dunnington.com> | Наталья Синдеева <sindeeva@tvrain.ru>; Raymond Dowd <RDowd@dunnington.com>; Hardin Rowley <HRowley@dunnington.com>; Akbar Khan <AKhan@dunnington.com>; Дмитрий Афанасьев <afanasyev@tvrain.ru> | 2/12/2019 11:29 | Attorney-Client Privilege, Work Product Privilege |
| Referral Agreement | Transfer of Referral Agreement | RE_ Actava TV Inc. et al. v. Joint Stock Company _Channel One_ e (2).msg | 'Вера Мороз' <v.moroz@tvrain.ru> | Christopher Vidulich <CVidulich@dunnington.com> | Наталья Синдеева <sindeeva@tvrain.ru>; Raymond Dowd <RDowd@dunnington.com>; Hardin Rowley <HRowley@dunnington.com>; Akbar Khan <AKhan@dunnington.com>; Дмитрий Афанасьев <afanasyev@tvrain.ru> | 2/12/2019 11:29 | Attorney-Client Privilege, Work Product Privilege |
| Referral Agreement | Discussion of Referral Agreement | RE_ Actava TV Inc. et al. v. Joint Stock Company _Channel One_ e.msg | Christopher Vidulich <CVidulich@dunnington.com> | Вера Мороз <v.moroz@tvrain.ru> | Наталья Синдеева <sindeeva@tvrain.ru>; Raymond Dowd <RDowd@dunnington.com>; Hardin Rowley <HRowley@dunnington.com>; Akbar Khan <AKhan@dunnington.com>; Дмитрий Афанасьев <afanasyev@tvrain.ru> | 2/13/2019 10:50 | Attorney-Client Privilege, Work Product Privilege |
| Referral Agreement | Discussion of Referral Agreement | RE_ Actava TV Inc. et al. v. Joint Stock Company _Channel One_ e.msg | Christopher Vidulich <CVidulich@dunnington.com> | Вера Мороз <v.moroz@tvrain.ru> | Наталья Синдеева <sindeeva@tvrain.ru>; Raymond Dowd <RDowd@dunnington.com>; Hardin Rowley <HRowley@dunnington.com>; Akbar Khan <AKhan@dunnington.com>; Дмитрий Афанасьев <afanasyev@tvrain.ru> | 2/13/2019 10:50 | Attorney-Client Privilege, Work Product Privilege |