UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ACTAVA TV, INC., et al.,

                Plaintiffs,

  -against-                            **ORDER**
                                            18 - CV - 6626 (ALC) (KNF)
JOINT STOCK COMPANY "CHANNEL ONE
RUSSIA WORLDWIDE," et al.,

                Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on May 5, 2020, at 2:00 p.m. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

      Additionally, on or before April 30, 2020, the defendants are directed to provide to the Court, for an <u>in</u> <u>camera</u> review, a representative sample from each category of disputed items, not to exceed thirty (30) pages in total, listed in the privilege logs appearing at Docket Entry Nos. 137-2 (Exhibit B) and 137-3 (Exhibit C) on the docket sheet maintained by the Clerk of Court for this action. The defendants are directed to send the documents in question to laura_midwood@nysd.uscourts.gov.

Dated: New York, New York          SO ORDERED:
       April 28, 2020

                                                  */s/ Kevin Nathaniel Fox*
                                        KEVIN NATHANIEL FOX
                                        UNITED STATES MAGISTRATE JUDGE