UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ACTAVA TV, INC., et al.,                                          :
                                                                  :
                Plaintiffs,                                         :
  -against-                                                      :        **ORDER**
                                                                  :        18 - CV - 6626 (ALC) (KNF)
JOINT STOCK COMPANY "CHANNEL ONE                                  :
RUSSIA WORLDWIDE," et al.,                                        :
                                                                  :
                Defendants.                                         :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      In connection with the telephone conference scheduled for May 5, 2020, at 2:00 p.m., IT IS HEREBY ORDERED that the defendants shall identify, and provide all relevant information concerning, all of the recipients named (i.e., those "cc'd") in the following emails: (1) April 18, 2016, 10:33 AM; (2) April 18, 2016, 12:08 PM; and (3) October 3, 2016, 6:57 PM. Specifically, the defendants shall provide information sufficient to allow the Court to determine the nature of the relationship of the persons identified as having received these documents to the principals in order to know whether the asserted privilege remained in place or was waived by having a third party, who is not in an attorney-client relationship, made privy to the communication(s).

      This information shall be produced to the Court, for <u>in camera</u> review, no later than 3:00 p.m. today, May 4, 2020. The defendants are directed to send the requested information to laura_midwood@nysd.uscourts.gov.

Dated:  New York, New York        SO ORDERED:
         May 4, 2020

                                                    _/s/ Kevin Nathaniel Fox_
                                                    KEVIN NATHANIEL FOX
                                                    UNITED STATES MAGISTRATE JUDGE