UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ACTAVA TV, INC., et al.,  :
: 
        Plaintiffs,  :
  -against-  :    **ORDER**
:    18 - CV - 6626 (ALC) (KNF)
JOINT STOCK COMPANY "CHANNEL ONE  :
RUSSIA WORLDWIDE," et al.,  :
:
        Defendants.  :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephone conference was held with counsel to the respective parties on August 19, 2020, to address discovery disputes that had been presented to the Court via correspondence, see Docket Entry No. 167. For the reasons the Court provided to the parties during the conference, the defendants' request that the plaintiffs be required to produce documents responsive to the defendants' Document Request Nos. 7-9,17, 50,and 53-55, is denied..

Dated:  New York, New York           SO ORDERED:
          August 19, 2020

                                                      _Kevin Nathaniel Fox_____
                                             KEVIN NATHANIEL FOX
                                             UNITED STATES MAGISTRATE JUDGE