

## DUNNINGTON
### BARTHOLOW & MILLER LLP

### ATTORNEYS AT LAW

230 Park Avenue. 21ˢᵗ Floor  |  New York, NY 10177  |  Telephone: 212.682.8811 |  www.dunnington.com  |  HRowley@dunnington.com

August 28, 2020

**VIA ECF**

The Honorable Kevin N. Fox.
United States District Court
Southern District of New York
40 Foley Square,
New York, NY 10007

> **Re:**   ***Actava TV, Inc., et al. v. Joint Stock Company "Channel One Russia
> Worldwide" et al.* (18-cv-06626)**

Dear Judge Fox:

 We represent Defendant Broadcasters in this action.  Pursuant to Local Civil Rule 5.2. and Rule 4.A.2. of the Court's Individual Practices we write to request a sealing order for docket entries ECF 192 and ECF 192-1 with leave to re-file the relevant documents under seal.  Docket entries ECF 192 and ECF 192-1 contain information Plaintiffs have designated confidential under Paragraph 2 of the May 17, 2019 Protective Order (ECF 104).  Annexed to this letter motion is a proposed order.

 Respectfully submitted,

 /s/ Hardin P. Rowley

Cc:  All Counsel (via ECF)