UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Actava TV, Inc., Master Call Communications, Inc.,
Master Call Corporation, and Rouslan Tsoutiev,            18-CV-06626 (ALC) (KNF)

                Plaintiffs,

        -against-                                           [PROPOSED] ORDER

Joint Stock Company "Channel One Russia Worldwide,"
Closed Joint Stock Company "CTC Network," Closed
Joint Stock Company "New Channel", Limited Liability
Company "Rain TV-Channel," Closed Joint Stock
Company "TV DARIAL," Limited Liability
Company "Comedy TV," and Kartina Digital GmbH

                Defendants.
-------------------------------------------------------------------X

      Docket Entries ECF 192 and ECF 192-1 in the above captioned action are hereby sealed and Defendants are directed to promptly re-file the documents under seal.  Any counsel that has already downloaded the docket entries is directed to acknowledge to Defendants that they have deleted the document.

**IT IS SO ORDERED.**

Dated this _____ day of August 2020

                                                _____
                                                **Hon. Kevin Nathaniel Fox, U.S.M.J.**