UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Actava TV, Inc., Master Call Communications, Inc.,
Master Call Corporation, and Rouslan Tsoutiev,            18-CV-06626 (ALC) (KNF)

                Plaintiffs,

      -against-                                                                                   ORDER

Joint Stock Company "Channel One Russia Worldwide,"
Closed Joint Stock Company "CTC Network," Closed
Joint Stock Company "New Channel", Limited Liability
Company "Rain TV-Channel," Closed Joint Stock
Company "TV DARIAL," Limited Liability
Company "Comedy TV," and Kartina Digital GmbH

                Defendants.
------------------------------------------------------------------X

      Docket Entries ECF 192 and ECF 192-1 in the above captioned action are hereby sealed. Defendants are directed to promptly re-file the documents under seal and to file redacted versions of the documents so that the public may access them. Any counsel that has already downloaded the docket entries is directed to acknowledge to Defendants that they have deleted the documents.

**IT IS SO ORDERED:**

Dated this 1st day of September 2020

_____
 **Hon. Kevin Nathaniel Fox, U.S.M.J.**