UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Actava TV, Inc., Master Call Communications, Inc., Master Call Corporation, and Rouslan Tsoutiev, | ) ) ) |
| Plaintiffs, | ) Index No.: 1:18-cv-06626 ) (ALC/KNF) ) |
| -against- | ) ) |
| Joint Stock Company "Channel One Russia Worldwide," Closed Joint Stock Company "CTC Network," Closed Joint Stock Company "New Channel", Limited Liability Company "Rain TV-Channel," Open Joint Stock Company "ACCEPT", and Limited Liability Company "Comedy TV," and Kartina Digital GmbH, | ) ) **ORDER** ) ) ) ) ) ) ) |
| **Defendants.** | ) ) |

The plaintiffs filed a letter, Docket Entry No. 204, and have requested that it be placed under seal and be accessible only to the attorneys appearing for the parties and court personnel. The Court respectfully directs the Clerk of Court to modify the viewing level for the plaintiffs' letter, Docket Entry No. 204, to the Selected Parties: the attorneys for the plaintiffs and the attorneys for the defendants, and court personnel. The plaintiffs are directed to file a redacted copy of the letter with the Clerk of Court expeditiously so that the public may access it.

**IT IS SO ORDERED.**

Dated this 27 day of October 2020.

*Kevin Nathaniel Fox*

_____
**Hon. Kevin Nathaniel Fox, U.S.M.J.**