AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Actava TV, Inc., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 18-CV-06626 (ALC) (KNF) |
| Joint Stock Company "Channel One Russia Worldwide" et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Limited Liability Company "Rain TV-Channel," and Kartina Digital GmbH     .

Date: December 15, 2020                    /Andrew D. Bochner/
                                            *Attorney's signature*

                                            Andrew D. Bochner (AB0806)
                                            *Printed name and bar number*

                                            295 Madison Avenue, 12th Fl.  New York, NY 10017
                                            *Address*

                                            Andrew@bochnerip.com
                                            *E-mail address*

                                            (646) 971-0685
                                            *Telephone number*

                                            *FAX number*