AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Actava TV, Inc., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 18-CV-06626 (ALC) (KNF) |
| Joint Stock Company "Channel One Russia Worldwide," et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Closed Joint Stock Company "CTC Network," Closed Joint Stock Company "New Channel," and Closed Joint Stock Company "TV DARIAL"

Date: December 28, 2020

/Michael G. Gabriel/
*Attorney's signature*

Michael G. Gabriel (MG9719)
*Printed name and bar number*

295 Madison Ave., 12 Floor, New York, NY 10017
*Address*

Michael@bochnerip.com
*E-mail address*

646-971-0685
*Telephone number*

*FAX number*