UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Actava TV, Inc., Master Call Communications, Inc., Master Call Corporation, and Rouslan Tsoutiev, <br><br> Plaintiffs, <br><br> -against- <br><br> Joint Stock Company "Channel One Russia Worldwide," Closed Joint Stock Company "CTC Network," Closed Joint Stock Company "New Channel", Limited Liability Company "Rain TV-Channel," Open Joint Stock Company "ACCEPT", and Limited Liability Company "Comedy TV," and Kartina Digital GmbH, <br><br> Defendants. | Index No.: 1:18-cv-06626 |

## NOTICE OF MOTION FOR PROTECTIVE ORDER

**PLEASE TAKE NOTICE THAT**, upon Proposed Sealed Exhibits A-C filed at ECF No. 246, and the accompanying Memorandum of Law in Support of the Motion for a Protective Order filed by Plaintiffs Actava TV, Inc. ("Actava"), Master Call Communications, Inc., Master Call Corporation, and Rouslan Tsoutiev (collectively, the "Actava Parties" or "Plaintiffs"), Plaintiffs will move this Court on a date and time to be set by the Court, before the Honorable Judge Kevin Fox, United States Magistrate Judge, for an order pursuant to Federal Rule of Civil Procedure 26(c) precluding Defendants from inquiring into matters that (i) pre-date, and which are covered by, a prior settlement agreement and release of claims; and which (ii) do not pertain to the claims and defenses raised in this action, and for any such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Rule 6.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, Defendants' opposition papers to Plaintiffs' motion, if any, are to be served on the undersigned on

or before January 26, 2021, and Plaintiffs' reply papers, if any must be served no later than January 27, 2021.

Dated: New York, New York
January 19, 2021

Respectfully submitted,

MOSES & SINGER LLP

By: /s/ Michael Rosenberg
Toby Butterfield
Valeria Castanaro
Michael Rosenberg
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 554-7800
Facsimile: (212) 554-7700

*Attorneys for Plaintiffs*