UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Actava TV, Inc., Master Call Communications, Inc.,
Master Call Corporation, and Rouslan Tsoutiev,            18-CV-06626 (ALC)

                Plaintiffs,

    -against-

Joint Stock Company "Channel One Russia Worldwide,"    **NOTICE OF MOTION**
Closed Joint Stock Company "CTC Network," Closed
Joint Stock Company "New Channel", Limited Liability
Company "Rain TV-Channel," Closed Joint Stock
Company "TV DARIAL," Limited Liability
Company "Comedy TV," and Kartina Digital GmbH

                Defendants.
------------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the annexed Declaration of Raymond J. Dowd dated February 5, 2021, the Memorandum of Law in Support and all the prior proceedings in this matter, all Defendants by and through their attorneys, will move this Court before the Honorable Kevin Nathaniel Fox at the United States Courthouse located at 40 Foley Square, New York, New York 10007 on a date and time designated by the Court for an order compelling Plaintiffs/Counterclaim Defendants Actava TV, Inc., Master Call Corporation, and Rouslan Tsoutiev (collectively "Actava") to produce documents.

      PLEASE TAKE FURTHER NOTICE that opposition papers must be served in accordance with Local Rule 6.1 or as otherwise directed by the Court.

Dated: New York, New York
       February 5, 2021

                                      Respectfully submitted,

                                      DUNNINGTON BARTHOLOW & MILLER LLP
                                      *Attorneys for Joint Stock Company Channel One*
                                      *Russia Worldwide*

                                    By: /s Raymond J. Dowd_____
                                        Raymond J. Dowd
                                        Hardin P. Rowley
                                        230 Park Avenue, 21st Floor
                                        New York, NY 10177
                                        Tel: (212) 682-8811
                                        rdowd@dunnington.com
                                        hrowley@dunnington.com

BOCHNER IP
*Attorneys for Closed Joint Stock Company "CTC Network," Closed Joint Stock Company "New Channel," Limited Liability Company "Rain TV-Channel," Closed Joint Stock Company "TV Darial," and Limited Liability Company "Comedy TV."*

By:  /s Andrew David Bochner_____
    Andrew David Bochner
    Michael G. Gabriel
    Serge Krimnus
    295 Madison Avenue, 12th Floor
    New York, NY 10018
    (646) 971-0685
    Andrew@bochnerip.com
    Michael@bochnerip.com
    Serge@bochnerip.com