**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
Actava TV, Inc., Master Call Communications, Inc.,
Master Call Corporation, and Rouslan Tsoutiev,                    18-CV-06626 (ALC)(KNF)

               Plaintiffs,

       -against-

Joint Stock Company "Channel One Russia Worldwide,"      **DECLARATION OF**
Closed Joint Stock Company "CTC Network," Closed         **RAYMOND J. DOWD**
Joint Stock Company "New Channel", Limited Liability
Company "Rain TV-Channel," Closed Joint Stock
Company "TV DARIAL," Limited Liability
Company "Comedy TV," and Kartina Digital GmbH

             Defendants.
-------------------------------------------------------------------X

      RAYMOND J. DOWD, ESQ., an attorney admitted to practice in the Southern District of

New York declares subject to penalties of perjury under the laws of the United States of America

as follows:

      1.     I am a member of Dunnington Bartholow & Miller LLP ("Dunnington"),

attorneys for Defendant Broadcaster Joint Stock Company "Channel One Russia Worldwide,"

      2.     I submit this declaration in support of Defendants' motion to compel

Plaintiffs/Counterclaim Defendants Actava TV, Inc., Master Call Communications, Inc., Master

Call Corporation, and Rouslan Tsoutiev (collectively "Actava") to produce documents.

      3.     I have actual knowledge of the facts set forth herein unless otherwise stated.

      4.     Attached hereto as **Exhibit 1** are Defendant Broadcasters' First and Second Set of

Requests for the Production of Documents from Actava.

      5.     Attached hereto as **Exhibit 2** is the Settlement Agreement entered into between

Defendants and Actava dated April 26, 2016.

6.      Attached hereto as **Exhibit 3** are excerpts from the Deposition of Rouslan Tsoutiev held on December 18, 2020.

7.      Attached hereto as **Exhibit 4** are excerpts from the Deposition of Irina Pliss held on January 19, 2021.

8.      Attached hereto as **Exhibit 5** are excerpts from the Deposition of Andrew Makhotin held on December 19, 2020.

9.      Attached hereto as **Exhibit 6** are Plaintiffs' February 22, 2019 Rule 26 Initial Disclosures.

Dated:  New York, New York
        February 5, 2021

                                    _/s/ Raymond J. Dowd_____
                                    Raymond J. Dowd