EXHIBIT 3

# In the Matter Of:

18-cv-066266

ACTAVA TV, INC., et al.

v.

JOINT STOCK COMPANY "CHANNEL
ONE RUSSIA WORLDWIDE,", et al.

## Deposition of Rousian Tsoutiev

*Friday, December 18, 2020*

The Little
Reporting
Company

330 West 38th Street
Suite 404
New York, NY 10018
tel: 646 650 5055
www.littlereporting.com

16

TSOUTIEV

1   get involved, because that was

2   involvement in those times, because

3   technology was, you know, just rapidly

4   developing.  We understood that we could

5   do something on that with a clear, clear

6   business plan.  And then at sometime it

7   became, you know, more or less obvious

8   that we can create platform for TV

9   streaming, and then it was second

10  question what to stream?  Because we

11  don't have our own production.  Looking

12  for different kind of, you know, just

13  solutions on the platform, on the

14  equipment, and what to stream up to --

15  sometimes we got to the some

16  understanding what can be possibly done.

17       Q.   When you were involved in

18  this streaming activity, was it through

19  Master Call or did you create or purchase

20  other companies?

21            MR. BUTTERFIELD:  Objection

22       to form of the question, but you

23       can answer.

24       A.   To the Master Call, we never

17

1                         TSOUTIEV

2          did any streaming, any equipment with it.

3          It was, you know -- Master Call never

4          involved in the streaming, in any kind of

5          activity services.  Master Call was

6          always and concentrated on long distance

7          international call.  For TV services, as

8          we understood that we could do something,

9          that time we created specifically company

10         for TV services.  We didn't know exactly

11         what we would do, but we knew that it

12         would be TV over internet technology, and

13         we created companies specifically for

14         that.

15                 Q.    When you say "we," who do

16         you mean?

17                 A.    I, myself.

18                 Q.    So who owned Master Call?

19                 MR. BUTTERFIELD:  At what

20                 time?  Objection to form of the

21                 question.  You can answer.

22                 A.    Master Call -- I just want

23         to know the history of Master Call is

24         going back to, as I told, 1991.  It's a

25         very long time.

18

                              TSOUTIEV

1

2                        What specifically time you

3      say?  What time?  Can you specify?

4             Q.    Who owned Master Call?

5             A.    At what time?

6             Q.    When you got involved with

7      it.

8             A.    Do you mean when the company

9      was registered and started to somehow to

10     operate it, right?

11            Q.    Yes.

12            A.    Let me recall.  We had -- we

13     had -- I guess it was -- yeah, it was

14     three partners including myself.  Then --

15            Q.    Who?

16            A.    One of the partners was --

17     his name I just -- first name Alexander.

18     Of the course last name I have trouble.

19     I forget.  It was so long ago.

20     Alexander.  I recall, I will tell you.

21            Q.    Thank you.

22            A.    The second one was the guy

23     last name Shumshata (phonetic).  He was

24     my father relative.  He was in the United

25     States.  He came after.  But he was

19

1                           TSOUTIEV

2          passive as I remember, a passive partner.

3          Alexander and I, we were working, you

4          know, activity.  Then that was at the

5          very, very beginning.  Very soon

6          Alexander left the company.  Of course as

7          a partner, we had some disagreements.  He

8          didn't deliver something.  He decided to

9          leave.  With another partner who worked

10         until probably four or five years

11         together and then we parted.  I became

12         the sole ownership of Master Call

13         somewhere from 2004 maybe '5.  And that's

14         what I kept, you know.

15              Q.   When you launched into

16         television streaming, did you open up a

17         new company or did you purchase a

18         company?

19              A.   Open up new register.

20              Q.   What was the name of that

21         company?

22              A.   Actava TV, Inc.

23              Q.   Who owned Actava TV at its

24         inception?

25              A.   I own.

20

TSOUTIEV

1     Q.    Who owns it today?

2     A.    I own.

3     Q.    Did Actava TV ever purchase

4  any other companies?

5     A.    Yes.

6     Q.    What companies?

7     A.    We purchased -- we never --

8  it's not correct.  We never purchased

9  company.  We purchased assets of other TV

10 companies.

11    Q.    Which companies?

12    A.    The company called Russian

13 Telic (phonetic).

14    Q.    When was that asset

15 purchased?

16    A.    That was 2013.  Maybe

17 towards end or middle, I don't remember,

18 but it was kind of that period.

19    Q.    What assets did you

20 purchase?

21    A.    We purchased a platform

22 which is equipment, hardware, plus

23 software.  We purchased some kind of --

24 various type of software that they used

TSOUTIEV

1

2      for the services and physical equipment.

3      Some agreements they had with us service

4      providers.  And customer base it was very

5      small, but it is still customer base.

6              Q.    When did you start

7      streaming? When did Actava start

8      streaming?

9                    MR. BUTTERFIELD:  Objection

10             to form of the question.  You can

11             answer.

12             A.    Yeah.  I'm trying to recall.

13     I would say in 2011 we had some sales.

14     Not maybe significant.  Some sales from

15     services we sold.

16             Q.    Now, what services was

17     Actava selling?

18             A.    Actava sold -- we call it,

19     it's correct name, we call OTT streaming

20     to the customers.  Stream was originated

21     on our equipment, our platform and

22     received by receivers of the customers

23     and receivers we call them STBs boxes.

24     And the customers were able to connect to

25     the TV and watch TV stream.

22

TSOUTIEV

1

2      Q.   What channels?

3      A.   I don't recall what channels

4  we started.  We probably started with

5  very few.  Actually it was free for us

6  and as for everyone else.  And we

7  gradually tried to increase the number of

8  channels to attract more customers.

9      Q.   When did you start

10  broadcasting Russian television?

11           MR. BUTTERFIELD:  Objection

12       to the form of the question.  You

13       can answer.

14      A.   That's around the time of

15  2011, 2012.

16      Q.   Where did you get your

17  content?

18      A.   It was amazing, but to get

19  the content it was easy as I don't know

20  now lately.  It was absolutely easy to

21  get streams from any -- almost any

22  channel.  There was availability was all

23  around, you know, just -- I don't even

24  recall what -- who fed us with some

25  streaming, but it was easier to find from

23

1          TSOUTIEV

2     one source to another source.  It was

3     plenty of choices.

4          Q.    Did there ever come a time

5     when Actava started paying for content?

6          A.    Actually, yeah, that's a

7     good question.  Let me recall. Yes, at

8     sometime we found one or two, three

9     companies.  They were -- I believe they

10    presented themselves as the kind of

11    aggregators.  It's not like you go to the

12    one channel, let's say Channel 7 and tell

13    me give me yours. You go to guy and say I

14    have 77 channels.  And this aggregators

15    became, you know, just more and more

16    available.  And they said, okay, we have

17    arrangements with the channels.  We have

18    everything needed.  You just pay us some

19    fee, and we will give you the streams and

20    you can broadcast.  I was -- I learned --

21    not learned -- many, many bigger

22    companies do the same and they were the

23    same customers, same sources.  And then

24    we started to pay, because it was a

25    better quality and a better choice of

24

TSOUTIEV

1    channels.  We start to pay as we thought

2    for the content.

3         Q.    What were the names of the

4    aggregators supplying you the content?

5         A.    The one who worked just --

6    it was -- I just recall they were based

7    in Russia and Germany.  Russia and

8    Germany.  But I don't recall the name.

9         Q.    MH.com?

10        A.    That's some -- I not

11   guaranty, but it's something like that,

12   yeah.

13        Q.    So do you have documents

14   that you could refer to and that would

15   refresh your recollection as to the name

16   of the aggregators?

17             MR. BUTTERFIELD:  You're

18             talking about back in '12 or '13,

19             Ray, right?

20             MR. DOWD:  At any point in

21             time.

22        A.    I may.  But I may not

23   because I wasn't -- difficult -- if you

24   would please show me then I will

25

```
                          TSOUTIEV
 1
 2      remember.
 3             Q.    So we've asked for copies of
 4      any of these documents.  So if you have
 5      any to bring to our attention, we are
 6      renewing that request.  But let's move
 7      forward with your recollection and your
 8      testimony.
 9             Do you recall how much you
10      were paying to aggregators over time?
11             A.    Yes.
12             MR. BUTTERFIELD:  Objection
13             to form, but if you can answer,
14             you can go ahead.
15             A.    That was -- you and I have
16      good memory.  I could say between
17      somewhere $4,000 -- not more than maybe
18      five -- 4, 5,000 per month, that was our
19      payment.
20             Q.    And this is for what period
21      of time?
22             A.    It's -- I guess it's lasted
23      until unfortunately realize they didn't
24      have licensing and rights.  It was until
25      2015, end of 2015.
```

TSOUTIEV

1

2      Q.    How did you realize that

3   they didn't have licensing rights?

4      A.    That was -- it's very

5   unfortunate for us, realization, because

6   we were hit by a lawsuit, and we got the

7   full judgment because we weren't sold

8   property.  And we just realized later on.

9   Then we start to, you know, see why we

10   don't have licenses.  Because no one had

11   licenses in those times.  No one.

12   Kartina, Matina, whatever we knew what

13   approximately they were competitors.  No

14   one.  All of a sudden licensing.  And

15   then we understand this guys actually

16   couldn't provide us proof of the

17   licensing from any channels.

18      Q.    Which guys?

19      A.    This -- the aggregators.

20      Q.    So what aggregators did you

21   deal with besides MH.com?

22           MR. BUTTERFIELD:  Objection

23           to the form of the question.  You

24           can answer.

25      A.    I don't recall any others.

                            TSOUTIEV

1

2      it's correct.  Because of claims, the

3      second claim, which arrived right after

4      the first one, I don't remember when,

5      maybe it was beginning of February, from

6      bigger number of channels, including

7      channel one.

8              Q.    Did you have a license to

9      broadcast any of the content that you

10     broadcast through Actava?

11                  MR. BUTTERFIELD:  Objection

12             to the form of the question.  It's

13             vague.  You can answer.

14             A.    What channels are we talking

15     about?  The channels were --

16             Q.    Actava broadcast over a

17     hundred channels that was your testimony.

18     Those are the channels that I'm referring

19     to, sir.

20             A.    You know what, it's not -- I

21     say remember, many, many channels they

22     didn't have any system or license and

23     they --

24             Q.    You didn't have a license

25     for even one of those channels, did you?

TSOUTIEV

1

2              MR. BUTTERFIELD:  Please

3          don't interrupt his answer.

4          A.    Okay.  Let's start over

5      again.

6          Q.    No, answer my question.

7              MR. DOWD:  Madam court

8          reporter, please read the question

9          back.

10              (The record is read back by

11          the reporter.)

12          A.    Yes, we had licenses for

13      three, four, five, six channels.

14          Q.    Which ones?

15          A.    I guess we provided that

16      information and we paid monthly fees for

17      those channels.

18          Q.    Who?  Let's focus on the

19      timeframe in Paragraph 31 that we're

20      looking at here, in your complaint.

21              At that time, did you have a

22      license to broadcast even one of those

23      over hundred channels that you testified

24      that you, as Actava, were broadcasting?

25          A.    Yes.  We had five or six

TSOUTIEV

1

2     channels.

3          Q.    So you said you have five or

4     six licenses?

5          A.    Right.

6          Q.    Out of the over hundred

7     channels?

8          A.    Correct.

9          Q.    And which licenses did you

10    have at that time?

11         A.    At that time from February

12    or January -- February I believe we had

13    licenses for some Russian media which is

14    I believe four or five channels, maybe

15    even six channels, and we paid monthly

16    fees for that.

17         Q.    When did you start the

18    relationship with Russian media?

19         A.    Sometime in February or

20    January 2016.

21         Q.    Okay.  So prior to

22    January 2016, you didn't have a license

23    for any of those over a hundred channels

24    that you were broadcasting, correct?

25         A.    I don't remember what we

58

TSOUTIEV

1    have.  I cannot say.

2            Q.    So you think it's possible

3    that there's a license agreement in

4    Actava's files that you just forgot; is

5    that your testimony?

6            MR. BUTTERFIELD:  Objection.

7            It's mischaracterizing what he

8            said.

9

10           A.    I don't recall we had

11   license agreement.  But the other side of

12   the coin is many, many channels they

13   didn't require and they have no, in their

14   system, even license.

15           Q.    You're testifying under oath

16   here today.

17                 It's true, isn't it that you

18   knew and you know today that Actava had

19   no licenses to broadcast any of those

20   channels on or around January 2016; isn't

21   that correct?

22           A.    Okay.  January 21st as of

23   that day, right?  As of that day I think

24   we may not have any licenses as of that

25   day, January 21.

65

1                         TSOUTIEV

2          Infamere, do those names now ring any

3          bells?

4                A.   Yes, just a little bit

5          closer, I'll tell you.  Give me a little

6          bit more time.

7                Q.   Mara Hoffski (phonetic)?

8                A.   Say again?

9                Q.   Do you know the name Mara

10         Hoffski?

11               A.   Mara Hoffski, I know the

12         name, but, I guess, with Infamere that's

13         what I remember.

14               Q.   Did you have any business

15         dealings with Mara Hoffski?

16               A.   No, we didn't.  Set top

17         boxes we couldn't use much.  We did test,

18         but we didn't use.

19               Q.   So you never used Infamere

20         box tops?

21               A.   Yeah, we did use, but we

22         reached to Juna (phonetic) and other more

23         and more advanced set top box.

24               Q.   So what period of time did

25         you use Infamere boxes?

66

                                TSOUTIEV

1

2          A.    In the '11, '12 sometime

3    like that.  Maybe it was longer.

4          Q.    Well, how much longer?

5          A.    Oh, I would say with the

6    purchase of the equipment of Russian

7    Tele, we obtained other capabilities to

8    use android based set top boxes.

9          Q.    And refresh my recollection,

10   around when did you acquire Russian

11   Telic?

12         A.    2013, I believe.

13         Q.    Okay.  So up until that

14   point you used Infamere technology?

15         A.    Yes.  Not always, but used.

16         Q.    During that time that you

17   were using Infamere technology, how did

18   the signal get from Ukraine to the United

19   States, can you describe that?

20              MR. BUTTERFIELD:  Objection.

21              Asked and answered.  You can

22              answer to the extent that you got

23              more information.

24         A.    I would say more correct

25   answer would be from the content from the

67

1                         TSOUTIEV

2          servers of those companies -- almost came

3          to my mind.  I forgot again.  Content

4          through the multiple channel, you know,

5          just connectivity between us kind of DPN,

6          if you are familiar with that network --

7               Q.    Yeah.

8               A.    -- was transmitted to our

9          servers and from our servers distributed

10         to the consumers.  But some of the

11         servers, and more so -- because I

12         purchased almost 60, $80,000 equipment

13         and placed in Ukraine, our equipment.

14         What does it mean?  It means it was very

15         high capacity service to do, you know,

16         just multiple.  But the servers were

17         there as part of our investment.  The

18         servers from their site in Ukraine

19         transmitted, I believe, directly to the

20         customers, and possibly some of them, you

21         know, we transmitted it.  But it's

22         difficult to say now how it was.  It was

23         -- because they wanted always to control

24         over the signal to the customers, that's

25         one thing.  And they wanted control to

72

TSOUTIEV

1    Russian TV, allowed us to build

2    infrastructure around it, the way

3    providing, you know, high availability or

4    redundancy if you call just making no

5    failure.  And then get internet service

6    or internet capacity here in New York,

7    which we can choose ourselves for

8    quality, just purposes.  And that

9    improved our quality.  And the answer for

10   your question is we streamed content from

11   our equipment directly to the customers'

12   receivers.

13            Q.   So were you using Stocka

14   (phonetic) middle wear before you

15   acquired Russian Telex assets?

16            A.   I don't remember.  It always

17   needed middle wear in that business, but

18   I think in our previous business model,

19   it was responsibility of this Ukrainian,

20   but when we started new era in 2013 or

21   later to build our own infrastructure, of

22   course, I believe middle wear was a

23   problem -- our problems and provided by

24   us, by Actava I mean.

73

TSOUTIEV

1

2      Q.    So your understanding is

3      that Actava custom designed its own

4      improved middle wear based on Russian

5      Telex Solution?

6      A.    That's correct.  Yes, that's

7      correct.

8      Q.    Now, moving to Paragraph 32

9      here.  The last line, and I ask you to

10     read this earlier.  You said that Actava

11     dismantled its technology infrastructure

12     and configured a considerable expense.

13     Deactivated a substantial plead of

14     internet servers like McCleen (phonetic)

15     and offered and to give refunds of those

16     who paid in advance.

17             Do you have any evidence of

18     any of that?

19     A.    First of all, return of

20     money to the customers.  Obviously we

21     should have evidence.  I don't remember

22     you requested or we provided.  But we

23     have in the form of checks we sent return

24     to the credit cards I think we have

25     evidence.

74

                              TSOUTIEV

1

2          Q.    Well, you want my clients to

3     pay these bills, right?  I mean that's

4     the point of the lawsuit.

5                  MR. BUTTERFIELD:  Objection.

6          Q.    Right?  I mean you are

7     claiming this as damages, no?

8          A.    Oh, let's not go to damages

9     please.  We're not -- just damages report

10    will be as ready as we'll be ready.  It

11    would be enough.

12         Q.    Mr. Tsoutiev, with all due

13    respect, you're the CEO of the company.

14    This is your deposition.  I'm entitled to

15    ask about damages that you've alleged.

16    So I haven't found, in any the documents

17    given to us, any evidence of any of the

18    damages that you alleged in paragraph 32.

19    So I'm asking you, to give you the

20    opportunity to show us what damages

21    you're seeking here, and this is your

22    opportunity.

23                  So let's look at the first

24    sentence.  Actava dismantled the

25    technology infrastructure that it

75

TSOUTIEV

1

2      purchased and configured at its

3      considerable expense.

4                 Do you have any evidence of

5      this?

6           A.    Yeah, either I confused or

7      accountant.  What we're talking about, I

8      guess, in different areas.  This what

9      we're talking about before we did the

10     settlement with you guys, that was this

11     period.  What we talking about that is

12     damages is a newer era when we started

13     our business completely legal and

14     everyone knows it was legal.  And that's

15     after that Actava was destroyed.

16          Q.    Just to be clear, sir,

17     you're seeking no damages for any of

18     this, any of those lost customers, any

19     shutting down all the damages that you

20     claim your company suffered, you have no

21     evidence and you're not claiming any of

22     that?

23                 MR. BUTTERFIELD:  Objection.

24          That's not what he's saying.

25          Q.    Am I stating that correctly?

204

TSOUTIEV

1    less payments in '16 -- of October '16.  Then

2    whoever didn't payout -- not we -- Matvil

3    actually paid us. Whatever Matvil didn't pay

4    us in October, they paid maybe more in

5    November to just to fill and then December.

6    It's a cash flow, cash flow.  And you as a law

7    firm you not every month get the same amount.

8    Sometimes you get more.  Sometimes less.  But

9    over the longer period of time, you get your

10   revenue.  That's it was.

11           Q.    Now, how did Matvil pay you?

12           A.    Wire transfers.

13           Q.    Where are the records?

14           A.    My attorneys, I believe, they

15   have the records.

16                 MR. DOWD:  Is that true,

17           Toby?

18                 MR. BUTTERFIELD:  I'm not

19           sure.  I don't believe we've been

20           back and forth about you wanting

21           backup for wire transfer for these

22           figures.

23                 MR. DOWD:  Alright.  It's

24           1:21.  Let's take a 15 minute