EXHIBIT 4

# In the Matter Of:

1:18-cv-06626

ACTAVA TV, INC., et al.

v.

JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE,", et al.

## Deposition of Irina Pliss

*Tuesday, January 19, 2021*

CONFIDENTIAL

The Little Reporting Company

330 West 38th Street
Suite 404
New York, NY 10018
tel: 646 650 5055
www.littlereporting.com

15

CONFIDENTIAL - I. Pliss



16

CONFIDENTIAL - I. Pliss

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

17

CONFIDENTIAL - I. Pliss

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

18

CONFIDENTIAL - I. Pliss

41

CONFIDENTIAL - I. Pliss



42

CONFIDENTIAL - I. Pliss



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

43

CONFIDENTIAL - I. Pliss



54

CONFIDENTIAL - I. Pliss



55

CONFIDENTIAL - I. Pliss



56

CONFIDENTIAL - I. Pliss



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

60

CONFIDENTIAL - I. Pliss



61

CONFIDENTIAL - I. Pliss



62

CONFIDENTIAL - I. Pliss



89

CONFIDENTIAL - I. Pliss



90

CONFIDENTIAL - I. Pliss



91

CONFIDENTIAL - I. Pliss

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

