EXHIBIT 5

# In the Matter Of:

18-cv-066266

ACTAVA TV, INC., et al.

v.

JOINT STOCK COMPANY "CHANNEL
ONE RUSSIA WORLDWIDE,", et al.

## Deposition of Andrew Makhotin

*Saturday, December 19, 2020*

CONFIDENTIAL



The Little
Reporting
Company

330 West 38th Street
Suite 404
New York, NY 10018
tel: 646 650 5055
www.littlereporting.com

CONFIDENTIAL

54

Makhotin



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

55

Makhotin



CONFIDENTIAL

56

1            Makhotin



CONFIDENTIAL

57

Makhotin



CONFIDENTIAL

58



Makhotin

CONFIDENTIAL

60

1    Makhotin



2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

61

1                        Makhotin



CONFIDENTIAL

62

Makhotin



CONFIDENTIAL

63

1          Makhotin



CONFIDENTIAL

148

Makhotin



CONFIDENTIAL

149

Makhotin



CONFIDENTIAL

150

Makhotin



CONFIDENTIAL

151

1          Makhotin
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

152

1          Makhotin



CONFIDENTIAL

153

Makhotin



CONFIDENTIAL

154

Makhotin

