UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Actava TV, Inc., Master Call Communications, Inc.,
Master Call Corporation, and Rouslan Tsoutiev,       18-CV-06626 (ALC) (KNF)

        Plaintiffs,

   -against-                                                                         ORDER

Joint Stock Company "Channel One Russia Worldwide,"
Closed Joint Stock Company "CTC Network," Closed
Joint Stock Company "New Channel", Limited Liability
Company "Rain TV-Channel," Closed Joint Stock
Company "TV DARIAL," Limited Liability
Company "Comedy TV," and Kartina Digital GmbH

        Defendants.
------------------------------------------------------------------X

     Exhibits 2, 4 and 5 to the Declaration of Raymond J. Dowd in Support of Defendants' Motion to Compel and the Memorandum of Law in Support of the Motion to Compel in the above captioned action are hereby sealed at the level of "Selected Parties".

**IT IS SO ORDERED.**

Dated this 6 day of February, 2021

                                                 _Kevin Nathaniel Fox_
                                                 _____
                                                 **Hon. Kevin Nathaniel Fox, U.S.M.J.**