USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

ACTAVA TV, INC., ET AL.,

                      **Plaintiffs,**

      -against-

JOINT STOCK COMPANY "CHANNEL ONE
RUSSIA WORLDWIDE", ET AL.,

                      **Defendants.**

------------------------------------------------------------------- x

18-CV-6626 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

      The Court held a pre-motion conference on February 10, 2021 at 4:00 p.m. In accordance with yesterday's conference, Defendants' request for leave to file a motion for judgment on the pleadings is DENIED without prejudice to file the proposed motion together with Defendants' anticipated motion for summary judgment.

      The parties are hereby ORDERED to submit pre-motion conference letters in connection with any anticipated motions for summary judgment within 30 days of the conclusion of discovery in accordance with this Court's Individual Practices.

**SO ORDERED.**

Dated:      **February 11, 2021**
              **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**