UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ACTAVA TV, INC., MASTER CALL
COMMUNICATIONS, INC., MASTER CALL
CORPORATION, and ROUSLAN TSOUTIEV,

           Plaintiffs,                     **ORDER**

    -against-                            18-CV-6626 (ALC)(KNF)

JOINT STOCK COMPANY "CHANNEL ONE
RUSSIA WORLDWIDE," CLOSED JOINT STOCK
COMPANY "CTC NETWORK," CLOSED JOINT
STOCK COMPANY "NEW CHANNEL," LIMITED
LIABILITY COMPANY "RAIN TV-CHANNEL,"
OPEN JOINT STOCK COMPANY "ACCEPT,"
LIMITED LIABILITY COMPANY "COMEDY
TV," and KARTINA DIGITAL GMBH,

           Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on February 17, 2021, at 12:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York           SO ORDERED:
          February 12, 2021

                                                 _/s/ Kevin Nathaniel Fox_
                                                 KEVIN NATHANIEL FOX
                                                 UNITED STATES MAGISTRATE JUDGE