# EXHIBIT A

# In the Matter Of:

18-cv-066266

ACTAVA TV, INC., et al.

v.

JOINT STOCK COMPANY "CHANNEL
ONE RUSSIA WORLDWIDE,", et al.

## Deposition of Rousian Tsoutiev

*Friday, December 18, 2020*

The Little
Reporting
Company

330 West 38th Street
Suite 404
New York, NY 10018
tel: 646 650 5055
www.littlereporting.com









