UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Actava TV, Inc., Master Call Communications, Inc.,
Master Call Corporation, and Rouslan Tsoutiev,   18-CV-06626 (ALC) (KNF)

        Plaintiffs,

    -against-   ORDER

Joint Stock Company "Channel One Russia Worldwide,"
Closed Joint Stock Company "CTC Network," Closed
Joint Stock Company "New Channel", Limited Liability
Company "Rain TV-Channel," Closed Joint Stock
Company "TV DARIAL," Limited Liability
Company "Comedy TV," and Kartina Digital GmbH

        Defendants.
------------------------------------------------------------------X

    Raymond J. Dowd, having filed a Declaration in Support of a Motion to Compel (doc 277) and proposed sealed documents: Exhibits A and B to the Declaration (doc 277-1 and doc 277-2); and the Reply Memorandum of Law in Further Support of the Motion to Compel (doc 278), the Court directs the Clerk of Court to file these documents (doc 277-1, doc 277-2 and doc 278) under seal at the viewing level Selected Parties.

**SO ORDERED:**

Dated: March 4, 2021
New York, New York

*Kevin Nathaniel Fox*
_____
**Hon. Kevin Nathaniel Fox, U.S.M.J.**