UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ACTAVA TV, INC., MASTER CALL
COMMUNICATIONS, INC., MASTER CALL
CORPORATION, and ROUSLAN TSOUTIEV,

        Plaintiffs,                       **ORDER**

   -against-                          18-CV-6626 (ALC)(KNF)

JOINT STOCK COMPANY "CHANNEL ONE
RUSSIA WORLDWIDE," CLOSED JOINT STOCK
COMPANY "CTC NETWORK," CLOSED JOINT
STOCK COMPANY "NEW CHANNEL," LIMITED
LIABILITY COMPANY "RAIN TV-CHANNEL,"
OPEN JOINT STOCK COMPANY "ACCEPT,"
LIMITED LIABILITY COMPANY "COMEDY
TV," and KARTINA DIGITAL GMBH,

        Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on March 17, 2021, at 11:00 a.m.  All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York         SO ORDERED:
       March 9, 2021

                                                    */s/ Kevin Nathaniel Fox*
                                          KEVIN NATHANIEL FOX
                                          UNITED STATES MAGISTRATE JUDGE