UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Actava TV, Inc., Master Call Communications, Inc.,
Master Call Corporation, and Rouslan Tsoutiev,                    18-CV-06626 (ALC) (KNF)

        Plaintiffs,

       -against-                                                    ORDER

Joint Stock Company "Channel One Russia Worldwide,"
Closed Joint Stock Company "CTC Network," Closed
Joint Stock Company "New Channel", Limited Liability
Company "Rain TV-Channel," Closed Joint Stock
Company "TV DARIAL," Limited Liability
Company "Comedy TV," and Kartina Digital GmbH

        Defendants.
-------------------------------------------------------------------X

      With respect to Exhibits A and B to the Reply Declaration of Raymond J. Dowd in

Further Support of Defendants' Motion to Compel, Docket Entry No. 277, and the Reply

Memorandum of Law in Further Support of the Motion to Compel, Docket Entry No 278,

the Clerk of Court is directed to seal these documents at the level of "Selected Parties."

This order resolves Docket Entry No. 276.


**IT IS SO ORDERED.**

Dated this 15 day of April, 2021

                      *Kevin Nathaniel Fox*
                     _____
                     **Hon. Kevin Nathaniel Fox, U.S.M.J.**