USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 05/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
ACTAVA TV, INC., ET AL.,                         :
                                                 :
                  **Plaintiffs,**  :
                                                 :    **18-CV-6626 (ALC)**
    -against-                               :
                                                 :    **ORDER**
JOINT STOCK COMPANY "CHANNEL ONE                 :
RUSSIA WORLDWIDE", ET AL.,                       :
                                                 :
                  **Defendants.**  :
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

    Per the parties' email correspondence, the Court will hold a status conference in this case today, May 11, 2021, at 4:30 p.m. The Parties should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:    May 11, 2021**
           **New York, New York**

                                    _____
                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**