

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___05/13/2021___

ATTORNEYS AT LAW

230 Park Avenue, 21st Floor | New York, NY 10169 | Telephone: 212.682.8811 | www.dunnington.com | RDowd@dunnington.com

May 11, 2021

**VIA ECF & EMAIL**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 2104
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

**Re:** *Actava TV, Inc., et al. v. Joint Stock Company "Channel One Russia Worldwide" et al.* **(18-cv-06626)(ALC)(KNF)**

Dear Judge Carter:

We represent Defendant Channel One Russia Worldwide ("Channel One") and write pursuant to Rule 1.A and 2.A of Your Honor's Individual Practices to request a conference for the Court to set a briefing schedule on Channel One's prospective *Daubert* motion prior to the briefing of summary judgment motions. This application was previously made to Magistrate Judge Kevin N. Fox on May 6, 2021 (ECF 326) by joint letter setting forth the competing positions of the relevant parties, which we have attached hereto for the Court's convenience as **Exhibit A**. On May 10, 2021, Judge Fox directed that "any application respecting *Daubert* motion practice should be made to the assigned district judge." (ECF 329).

For the reasons set forth in the May 6, 2021 joint letter, we request a conference to set a briefing schedule.

Respectfully submitted,

/s/ Raymond J. Dowd

cc: All counsel (via ECF)

**Defendant's request is DENIED.  The parties should submit their premotion conference letters in connection with any anticipated motions for summary judgment in accordance with this Court's February 11, 2021 Order. ECF No. 269.**

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: May 13, 2021