# Exhibit 12

*FILED UNDER SEAL*

(Confidential / AEO)