```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
ACTAVA TV, INC., ET AL.,

                Plaintiffs,

   -against-

JOINT STOCK COMPANY "CHANNEL ONE
RUSSIA WORLDWIDE", ET AL.,

                Defendants.
-------------------------------------------------------------------- x

18-cv-6626 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of the Parties' motions to seal. In the motions at ECF Nos. 366, 374, 399, the Parties offer no grounds on which to grant their requested motions to seal. At this stage in the litigation, the Parties must make "a particular and specific demonstration of fact showing that disclosure would result in an injury sufficiently serious to warrant protection." *In re Parmalat Secs. Litig.*, 258 F.R.D. 236, 244 (S.D.N.Y. 2009) (citing *Cipollone v. Liggett Grp., Inc.*, 785 F.2d 1108, 1121 (3d Cir. 1986)); *see also Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 123 (2d Cir. 2006) ("[D]ocuments used by parties moving for, or opposing, summary judgment should not remain under seal *absent the most compelling reasons*."). The Parties are hereby **ORDERED** to provide justification for their respective motions to seal by **February 8, 2022**.

      In addition, several documents filed under seal have been redacted. *See, e.g.*, ECF Nos. 384-2, 384-3, 384-4, 383-1, 382-2, 382-3. The Parties are directed to file unredacted versions of all documents which the Parties seek to seal on or before **February 8, 2022**.

SO ORDERED.

Dated:    **January 18, 2022**
             **New York, New York**

                                            _____
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**