**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

ACTAVA TV, INC., ET AL.,                                         :

                                                                 :

                                        Plaintiffs,              :

                                                                 :

                -against-                                        :

                                                                 :

JOINT STOCK COMPANY "CHANNEL ONE                                :

RUSSIA WORLDWIDE", ET AL.,                                      :

                                                                 :

                                        Defendants.              :

------------------------------------------------------------------ x

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: _____ |
| DATE FILED: __2/4/2022__ |

**18-cv-6626 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of non-party Matvil Corporation's letter dated February 3, 2022. The Court's January 18, 2022 Order directed the Parties to file documents in accordance with the court's standing order, *see* 19-mc-00583, In Re: Electronic Filing Under Seal in Civil and Miscellaneous Cases.  The documents which are currently under seal are redacted.  The Court needs unredacted versions of the documents, even if those documents remain under seal.

**SO ORDERED.**

**Dated:**     **February 4, 2022**
             **New York, New York**

                             **ANDREW L. CARTER, JR.**
                             **United States District Judge**