```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
ACTAVA TV, INC., ET AL.,              :
                                       :
                    Plaintiffs,        :      18-cv-6626 (ALC)
        -against-                      :
                                       :      **ORDER**
JOINT STOCK COMPANY "CHANNEL ONE       :
RUSSIA WORLDWIDE", ET AL.,             :
                                       :
                    Defendants.        :
                                       :
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Defendants request for a pre-motion conference in connection with their anticipated *Daubert* motion. The request is **DENIED**. Based on the parties' letters, the anticipated *Daubert* motion implicates evidence submitted with the pending motions for summary judgment. As such, the pending motions for summary judgment, motions to seal, and motions to strike are **DENIED** with leave to renew upon the Court's decision on the *Daubert* motion. Defendants' request to file a *Daubert* motion is granted. The parties are directed to adhere to the following briefing schedule:

| | |
|---|---|
| Opening Brief: | April 8, 2022 |
| Opposition: | April 22, 2022 |
| Reply: | April 29, 2022 |

Defendants motion for judgment on the pleadings is **DENIED**. In granting Defendants' request to file this motion, the Court directed Defendants to limit the scope of their motion given that their motion to dismiss had been denied and they intended to file a motion for summary judgment. Defendants previously stated to this Court that their motion for judgment on the pleadings will be limited to only one of Plaintiff's claim. However, Defendants' 12(c) motion requests that the Court rule on the motion as to all claims. If they choose to do so, Defendants may refile their 12(c) motion with a more limited scope.

The Clerk of the Court is respectfully directed to terminate ECF Nos. 366, 367, 379, 380, 399, 411, 413, 427, 428, 413, 427, 431, 440, 469, 472, 474, 475, and 481.

**SO ORDERED.**

Dated:   March 31, 2022
         New York, New York

*/s/ Andrew L. Carter, Jr.*
_____
**ANDREW L. CARTER, JR.**
**United States District Judge**