```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/29/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

ACTAVA TV, INC., et al.,

                Plaintiffs,

-against-

JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE", et al.,

                Defendants.

---------------------------------------------------------------x

CASE NO. 1:18-cv-06626 (ALC)

**[PROPOSED] ORDER**

After considering non- party Matvil Corporation's Motion to Seal, Dkt. 460, the Court finds that the motion should be GRANTED. It is therefore, ORDERED that the following docket entries be permanently sealed: Dkts. 369-38; 382-1; 414-1; 369-37; 382-3; 414-3; 414-2; 369-39; 382-2; 383-1; 383-2; 416-1; 416-2; 381-29; 418-38; 381-37; 404-8; 404-23.

The Clerk of the Court is respectfully directed to terminate ECF Nos. 454, 460.

SIGNED this __29__ day of __September__, 2022.

_[signature]_
THE HONORABLE ANDREW L. CARTER
UNITED STATE DISTRICT JUDGE

121910448v.1