UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ACTAVA TV, INC. ET AL,

                            Plaintiffs,

      -against-

JOINT STOCK COMPANY "CHANNEL ONE
RUSSIA WORLDWIDE" ET AL,

                            Defendants.
-----------------------------------------------------------------X

**ORDER**

**18-CV-6626 (ALC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

By **October 25, 2022**, Actava TV, Inc. shall e-mail the Court at WillisNYSDChambers@nysd.uscourts.gov ex parte the section of its contract with Matvil Corporation ("Matvil") regarding the Break-up Fee and its settlement agreement with Matvil for the Court's in camera review.

SO ORDERED.

DATED:    New York, New York
              October 20, 2022

                                                       _____
                                                         JENNIFER E. WILLIS
                                                         United States Magistrate Judge