UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ACTAVA TV, INC. ET AL,

                            Plaintiffs,

      -against-

JOINT STOCK COMPANY "CHANNEL ONE
RUSSIA WORLDWIDE" ET AL,

                            Defendants.
-----------------------------------------------------------------X

**ORDER**

**18-CV-6626 (ALC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Given the Court's in camera review of Plaintiffs' submissions as directed by docket number 547, the parties' November 2, 2022 conference is adjourned sine die. Defendants' request to reopen discovery is denied. Actava's settlement agreement with Matvil Corporation is irrelevant to the parties' claims and defenses. Defendants' request for communications and discovery in the Matvil litigation is vague and seeks irrelevant documents as well. Defendants had an opportunity to obtain documents relating to the Matvil litigation while discovery was open.

      SO ORDERED.

DATED:    New York, New York
              October 31, 2022

                                                  *JENNIFER E. WILLIS*
                                                  United States Magistrate Judge