```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ACTAVA TV, INC., ET AL.,

                        **Plaintiffs,**

      -against-

JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE," ET AL.,

                        **Defendants.**

18-cv-6626 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court will hold a telephonic conference on **February 22, 2023 at 4:00 PM Eastern Time**. The parties shall contact the Court at **1-888-363-4749 (access code: 3768660)**. The parties should be prepared to discuss the pending motions to seal. ECF Nos. 497, 506, 511, 520.

**SO ORDERED.**

Dated:    February 16, 2023
              New York, New York

                                              _/s/ Andrew L. Carter, Jr._
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**