UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/23/2023

| | |
|---|---|
| ACTAVA TV, INC., ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE," ET AL., <br><br> Defendants. | 18-cv-6626 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court had originally scheduled a telephonic conference in the above-captioned matter for February 22, 2023 at 4:00 p.m. The telephonic conference is hereby **ADJOURNED** until **February 24, 2023 at 12:00 p.m.** The parties shall contact the Court at **1-888-363-4749 (access code: 3768660)**. The parties should be prepared to discuss the pending motions to seal. ECF Nos. 497, 506, 511, 520.

**SO ORDERED.**

Dated: February 23, 2023
       New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge