UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/24/2023__

ACTAVA TV, INC., ET AL.,

                **Plaintiffs,**

-against-

JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE," ET AL.,

                **Defendants.**

18-cv-6626 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Defendants' letter regarding their pending motion to seal. *See* ECF No. 560. As discussed in today's Court Conference, Plaintiffs' letter response, if any, shall be filed by **Monday February 27, 2023 at 10:00 a.m.**

**SO ORDERED.**

Dated:    February 24, 2023
            New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**