USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACTAVA TV, INC., ET AL.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE," ET AL.,<br><br>　　　　　　　　　Defendants. | 18-cv-06626 (ALC)<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　On March 15, 2023, the Court ordered the parties to file a proposed briefing schedule for their renewed summary judgment motions on or by March 20, 2023. ECF No. 567 at 4. The Court is in receipt of the parties' joint submission in response to that Order. ECF No. 568. The parties are directed to adhere to the following briefing schedule:

　　　　**Opening Briefs:**　　April 28, 2023

　　　　**Opposition:**　　　　May 30, 2023

　　　　**Reply:**　　　　　　June 15, 2023

SO ORDERED.
Dated:　March 27, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**