

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Toby Butterfield
Fax: (212) 554-77006040
tbutterfield@mosessinger.com



April 4, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/5/2023

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

      Re:    <u>Actava TV, Inc. et al. v. Joint Stock Company "Channel One Russia World Wide" et al., 18-cv-06626 (ALC)</u>

Dear Judge Carter:

      I write to request a brief adjournment of the pre-motion court conference scheduled for Thursday at noon according to today's court order. (ECF No. 576.) Unfortunately, I am unavailable at that time due to a conflicting obligation which cannot be rescheduled. As Plaintiffs' lead counsel and the lawyer who was personally involved in the proceedings relating to Defendants' request, my clients have requested my presence at the conference. Accordingly, I respectfully request that the Court adjourn the conference.

      I informed counsel of record for all defendants of my scheduling conflict and this request, and they had no objection. For the Court's convenience, I can confirm that counsel for all parties are available in the morning or at noon on Friday April 7, 2023 or any time in the morning on Wednesday, April 12, 2023. There have been no previous requests for an adjournment.

      Thank you for the Court's time and consideration.

      Respectfully submitted,

      */s/ Toby Butterfield*
      Toby Butterfield

CC: Counsel of Record (via ECF)

Plaintiffs' request for an adjournment is hereby **GRANTED**. The telephonic conference scheduled for April 6, 2023 is **ADJOURNED** until **April 12, 2023 at 11:15 am eastern time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: April 5, 2023