UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACTAVA TV, INC., ET AL., | |
| Plaintiffs, | |
| -against- | 18-cv-06626 (ALC) |
| JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE," ET AL., | **ORDER** |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

    As discussed in today's conference, Defendants are hereby **GRANTED** leave to file their motion to preclude Plaintiffs' expert Deepa Sundararaman from testifying at trial or, in the alternative, to order her deposition. Defendants will file a letter brief by **April 19, 2023**. Plaintiffs' opposition is due by **April 26, 2023**.

SO ORDERED.

Dated:  April 12, 2023
          New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**