USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/1/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ACTAVA TV, INC., ET AL.,**

                      **Plaintiffs,**

      -against-

**JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE," ET AL.,**

                      **Defendants.**

---

**18-cv-06626 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the parties' letter briefs concerning Defendants' pending motion to preclude Plaintiffs' expert from testifying at trial or, in the alternative, to order her deposition. The Court will hold a telephonic conference on **May 8, 2023 at 11:00 AM Eastern Time.** All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:   May 1, 2023
            New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**