USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ACTAVA TV INC., *et al.*,

      Plaintiffs,

-against-

JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE", *et al.*,

      Defendants.

---

18-cv-06626 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

The Court will hold a telephonic conference on **February 8th, 2024 at 3:30 PM Eastern Time** to discuss the Parties' motions. The Parties should contact the Court at **1-888-363-4749 (access code: 3768660)**.

SO ORDERED.

Dated:    January 29, 2024
             New York, New York

                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**