

**FOLEY HOAG LLP**

Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600

617 832 1000 *main*
617 832 7000 *fax*

Mark Finsterwald
617 832 1171 direct
mfinsterwald@foleyhoag.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/7/2024

February 2, 2024

<u>VIA ECF</u>

Hon. Andrew L. Carter Jr.
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    Actava TV, Inc., et al. v. Joint Stock Company "Channel One Russia Worldwide" et al. (18-cv-06626) (ALC)

Dear Judge Carter:

    I write on behalf of Plaintiffs Actava TV, Inc. ("Actava"), Master Call Communications, Inc., Master Call Corporation, and Rouslan Tsoutiev to request a brief adjournment of the telephonic conference scheduled for February 8, 2024 at 3:30 p.m. (ECF No. 690). Unfortunately, my client, Mr. Tsoutiev, who is both an individual Plaintiff and the principal of Plaintiffs Actava, Master Call Communications, Inc., and Master Call Corporation, will not be available on February 8 due to a previously scheduled medical procedure. Accordingly, I respectfully request that the Court adjourn the conference.

    I have conferred with counsel for all defendants concerning this request, and they consent. For the Court's convenience, I confirm that all parties are available during the afternoons of February 14 and 15. There have been no previous requests for adjournment of this conference.

    Thank you for the Court's consideration of this request.

                              Sincerely,

                              /s/ Mark Finsterwald

                              Mark Finsterwald

cc: Counsel of Record (via ECF)

ATTORNEYS AT LAW        BOSTON | NEW YORK | PARIS | WASHINGTON | FOLEYHOAG.COM

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: February 7, 2024
The telephonic conference previously scheduled for February 8th, 2024 is hereby rescheduled to February 15, 2024 at 3 PM. The Parties should contact the Court at 1-888-363-4749 (access code: 3768660).