```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACTAVA TV INC., *et al.*,

        Plaintiffs,

-against-

JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE", *et al.*,

        Defendants.

18-cv-06626 (ALC)

**AMENDED ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court will hold a telephonic conference on **February 15th, 2024 at 3:30 PM Eastern Time** to discuss the Parties' motions. The Parties should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:    February 9, 2024
              New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**