USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACTAVA TV INC., *et al.*,

        Plaintiffs,

-against-

JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE", *et al.*,

        Defendants.

18-CV-06626 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

The Clerk of the Court is respectfully directed to terminate the motions docketed at ECF No. 591, 592, and 680. Defendants' corrected motion for summary judgment docketed at ECF Nos. 591 and 592 is **GRANTED in part and DENIED in part** and motion to strike docketed at ECF No. 680 is **DENIED** for those reasons stated in the Court's Opinion and Order at ECF No. 701.

**SO ORDERED.**

Dated:  **March 19, 2024**
       **New York, New York**

                                   **ANDREW L. CARTER, JR.**
                                   **United States District Judge**