## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X
ACTAVA TV INC., ET AL.,

                    Plaintiff,                                  18 **CIVIL** 6626 (ALC)

      -against-                                          **JUDGMENT**

JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE", ET AL.,

                    Defendants.
-----------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 28, 2025, Plaintiffs' motion for summary judgment is GRANTED and Defendants' motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2025

                                        **TAMMI M. HELLWIG**
                                          **Clerk of Court**

                 **BY:**       K. Mango

                                          **Deputy Clerk**