UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ACTAVA TV INC.**, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> **JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE"**, *et al.*, <br><br> Defendants. | 18-CV-06626 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, United States District Judge:**

Having reviewed the Parties' correspondence at ECF Nos. 756, 758, 759, and 760, the Court hereby

**ORDERS** the Parties to confer regarding the disputes surrounding trial logistics. The Court further

**ORDERS** the Parties to submit a joint status report as to their availability for trial by July 22, 2025.

**SO ORDERED.**

**Dated:  July 8, 2025**
           New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**