UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACTAVA TV INC., *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE", *et al.*, <br><br> Defendants. | 18-CV-06626 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, United States District Judge:**

Having reviewed the Parties' correspondence at ECF Nos. 762 and 763, the Court **ORDERS** the Parties to appear before the Court in a telephonic status conference on August 26, 2025 at 2:00 P.M.  The Parties shall contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).  The Parties shall be prepared to discuss their (and their witnesses') availability for trial.

**SO ORDERED.**

Dated:  August 12, 2025
       New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              United States District Judge