UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------  x
ACTAVA TV, INC.,                                         :
                                                         :
                          Plaintiff,                     :
                                                         :    18-cv-6626 (ALC)
          -against-                                      :
                                                         :    ORDER
JOINT STOCK COMPANY "CHANNEL ONE                         :
RUSSIA WORLDWIDE" ET AL.                                 :
                                                         :
                          Defendants.                    :
                                                         :
-------------------------------------------------------  x
```

**ANDREW L. CARTER, JR., District Judge:**

In follow-up to the August 28 premotion conference in this axction, the Parties are

**ORDERED** to submit a joint status report regarding trial availability on September 4, 2025.

**SO ORDERED.**

Dated:   August 28, 2025
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**