UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
ACTAVA TV, INC., :
:
                         **Plaintiff,** :
: 18-cv-6626 (ALC)
   -against- :
: **ORDER**
JOINT STOCK COMPANY "CHANNEL ONE :
RUSSIA WORLDWIDE" ET AL. :
:
                        **Defendants.** :
:
---------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The Court thanks the Parties for their efforts to resolve the trial availability issues. Defendant Channel One is **ORDERED** to provide a status update as to the availability of a corporate representative for trial on September 18, 2025.

      Additionally, the Court notes that a deadline for the submission of a joint pretrial order has not yet been set. In addition to the submissions specified at the May 8, 2025 status conference, the Parties are further **ORDERED** to submit a joint pretrial order on October 14, 2025.

**SO ORDERED.**

Dated:   September 5, 2025
              New York, New York

                                                              **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**