UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACTAVA TV INC., *et al.*,

        Plaintiffs,

-against-

JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE", *et al.*,

        Defendants.

18-CV-06626 (ALC)

ORDER

**ANDREW L. CARTER, United States District Judge:**

In follow-up from today's conference, the Court reminds the Parties of the upcoming briefing deadlines in connection with counsel for Defendant Channel One's motion to withdraw: opposition briefs due October 14, 2025 and replies, if any, due October 16, 2025.

SO ORDERED.

Dated:  October 8, 2025
       New York, New York

                                        ANDREW L. CARTER, JR.
                                        United States District Judge