UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ACTAVA TV INC.**, *et al.*, | |
| Plaintiffs, | |
| -against- | **18-CV-06626 (ALC)** |
| **JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE"**, *et al.*, | **AMENDED CONFERENCE ORDER** |
| Defendants. | |

**ANDREW L. CARTER, United States District Judge:**

Tomorrow's pre-trial conference is hereby converted to a status conference. The final pre-trial conference in this action will be held on **Friday, October 24, 2025** at **3:15 PM ET**.

SO ORDERED.

Dated: October 20, 2025
       New York, New York

  ANDREW L. CARTER, JR.
  United States District Judge