UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACTAVA TV INC., *et al.*,

        Plaintiffs,

    -against-

JOINT STOCK COMPANY "CHANNEL ONE
RUSSIA WORLDWIDE", *et al.*,

        Defendants.

18-CV-06626 (ALC)

**ORDER**

ANDREW L. CARTER, United States District Judge:

The parties are hereby **ORDERED** to appear for a telephonic status conference on

**December 2, 2025 at 4 pm**. The parties shall contact the Court at 1-855-244-8681 (access

code: 2305 370 0226#).

**SO ORDERED.**

Dated:  November 18, 2025
        New York, New York

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**