**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

**ACTAVA TV, INC.,**                                       :
                                                           :
                                      **Plaintiff,**       :
                                                           :      **18-cv-6626 (ALC)**
              **-against-**                                :
                                                           :      **AMENDED CONFERENCE**
**JOINT STOCK COMPANY "CHANNEL ONE**                       :      **ORDER**
**RUSSIA WORLDWIDE" ET AL.**                               :
                                                           :
                                      **Defendants.**      :
                                                           :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

The final pre-trial conference in this matter is hereby rescheduled from December 16, 2025

at 4 PM to December 16, 2025 at 2:30 PM.

**SO ORDERED.**

Dated:    December 9, 2025
          New York, New York

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**