**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ACTAVA TV INC.**, *et al.*,

          **Plaintiffs,**

      **-against-**

**JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE"**, *et al.*,

          **Defendants.**

**18-CV-06626 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, United States District Judge:**

    Plaintiffs and the Non-Channel One Defendants are **ORDERED** to respond to Dkt.

No. 859 by **noon, Monday, December 15, 2025.**

**SO ORDERED.**

**Dated:  December 12, 2025**
      **New York, New York**

                            **ANDREW L. CARTER, JR.**
                            **United States District Judge**