**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ACTAVA TV INC.**, *et al.*,

       **Plaintiffs,**

    **-against-**

**JOINT STOCK COMPANY "CHANNEL ONE**
**RUSSIA WORLDWIDE"**, *et al.*,

      **Defendants.**

**18-CV-06626 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

Having reviewed the Parties' proposed pre-trial order at Dkt No. 865, the Court finds that it is still necessary for the Parties to submit a **short** neutral statement of this case that can be read to the jury. Therefore, the Court hereby **ORDERS** the Parties to meet and confer regarding such a statement and submit said statement by **January 5, 2026**. The joint statement of the case should be fair, neutral, and impartial. It may be no longer than 100 words and should adequately inform the jury about the substance of this matter.

Separately, Counsel for the Non-Channel One Defendants are **ORDERED** to reply to Dkt. No. 869 by **January 2, 2026**.

 **SO ORDERED.**

 **Dated:  December 30, 2025**
     **New York, New York**

                                **ANDREW L. CARTER, JR.**
                                **United States District Judge**