**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ACTAVA TV INC., ET AL.,**

                    **Plaintiffs,**

          **-against-**                                    **18-cv-06626 (ALC)**

**JOINT STOCK COMPANY "CHANNEL**                           **ORDER**
**ONE RUSSIA WORLDWIDE", ET AL.,**

                    **Defendants.**

**ANDREW L. CARTER, JR., United States District Judge:**

For the reasons previously stated on the record, the following Motions are **DENIED**:

- Defendants' Motion to Stay (Dkt. No. 765);

- Defendants' Motion for Leave to Withdraw as Counsel (Dkt. No. 777);

- Defendants' Motion for Leave to File a Renewed Motion for Summary Judgment
  (Dkt. No. 836);

- Plaintiffs' Motion for a Protective Order (Dkt. No. 842) (Denied as Moot);

- Defendants' Motion to Quash (Dkt. No. 859);

- Defendants' Motion in Limine Nos. 3 & 4 (Dkt. No. 783);

- Plaintiffs' Motion in Limine No. 1 (Dkt. Nos. 789-790).

The following motions are **GRANTED**:

- Defendants' Motion in Limine Nos. 1 & 2 (Dkt. No. 783) (Granted as moot);

- Defendants' Motion to Adjourn Trial (Dkt. No. 841);

- Plaintiff's Motion in Limine No. 2 (Dkt. Nos. 789, 792) (Granted with respect to
  the malicious prosecution claim).

1

The Clerk of Court is respectfully directed to terminate Dkt. Nos. 765, 777, 783, 789, 836, 841, 842, and 859.


**SO ORDERED.**


**Dated: January 6, 2026**
      **New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**

2