USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-16-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Actava TV, Inc., Master Call Communications, Inc.,
Master Call Corporation, and Rouslan Tsoutiev,

          Plaintiffs,

                                                  1:18-cv-06626 (ALC) (JW)

          - against -

Joint Stock Company "Channel One Russia
Worldwide," Closed Joint Stock Company
"CTC Network," Closed Joint Stock Company
"New Channel", Limited Liability Company
"Rain TV-Channel," Limited Liability Company
"Comedy TV," and Kartina Digital GmbH,

          Defendants.
-----------------------------------------------------------------X

## VERDICT FORM

COURT EXHIBIT
18CV6626(ALC)
2
1-15-26

**Ladies and Gentlemen of the Jury:**

You should answer the following questions in the order in which they are asked. Some questions include directions to you. When directions are given to you after the question, you must follow the directions as to how to proceed or if you should proceed at all. You must agree unanimously as to the answer to every question before you move on to the next question.

**18-cv-06626**

## MALICIOUS PROSECUTION

1. Have Plaintiffs proven by a preponderance of the evidence that any of the following Defendants are liable for malicious prosecution?

    Channel One Russia Worldwide: YES ___ NO _X_

    CTC Network: YES ___ NO _X_

    New Channel: YES ___ NO _X_

    Rain TV-Channel: YES ___ NO _X_

    TV Darial: YES ___ NO _X_

    Accept: YES ___ NO _X_

    Comedy TV: YES ___ NO _X_

    Kartina Digital GmbH: YES _X_ NO ___

If you answered NO for all Defendants, proceed to question 4. If you answered YES for any Defendant, proceed to Questions 2 and 3.

2

2. State a fair and reasonable dollar amount of any compensatory damages that Plaintiffs have proven they sustained as a result of malicious prosecution by any Defendant(s) for whom you answered YES in Question 1:

    Channel One Russia Worldwide: $ _____

    CTC Network: $ _____

    New Channel: $ _____

    Rain TV-Channel: $ _____

    TV Darial: $ _____

    Accept: $ _____

    Comedy TV: $ _____

    Kartina Digital GmbH: $ **750,000**

3. State a fair and reasonable dollar amount of any punitive damages that you think Plaintiffs are entitled to as a result of malicious prosecution by any Defendant(s) for whom you answered YES in Question 1:

    Channel One Russia Worldwide: $ _____

    CTC Network: $ _____

    New Channel: $ _____

    Rain TV-Channel: $ _____

    TV Darial: $ _____

    Accept: $ _____

    Comedy TV: $ _____

    Kartina Digital GmbH: $ **1,5 million**

## TORTIOUS INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

4. Have Plaintiffs proven by a preponderance of the evidence that any of the following Defendants are liable for tortious interference with prospective economic advantage?

    Channel One Russia Worldwide: YES **X** NO ___

    CTC Network: YES ___ NO **X**

    New Channel: YES ___ NO **X**

    Rain TV-Channel: YES ___ NO **X**

    TV Darial: YES ___ NO **X**

    Accept: YES ___ NO **X**

    Comedy TV: YES ___ NO **X**

    Kartina Digital GmbH: YES **X** NO ___

If you answered NO for all Defendants, proceed to Question 7. If you answered YES for any Defendant, proceed to Questions 5 and 6.

4

5. State a fair and reasonable dollar amount of any compensatory damages that Plaintiffs have proven they sustained as a result of tortious interference by any Defendant(s) for whom you answered YES in Question 4:

   Channel One Russia Worldwide: $ 375,000

   CTC Network: $ _____

   New Channel: $ _____

   Rain TV-Channel: $ _____

   TV Darial: $ _____

   Accept: $ _____

   Comedy TV: $ _____

   Kartina Digital GmbH: $ 375,000

6. State a fair and reasonable dollar amount of any punitive damages that you think Plaintiffs are entitled to as a result of tortious interference by any Defendant(s) for whom you answered YES in Question 4:

   Channel One Russia Worldwide: $ 750,000

   CTC Network: $ _____

   New Channel: $ _____

   Rain TV-Channel: $ _____

   TV Darial: $ _____

   Accept: $ _____

   Comedy TV: $ _____

   Kartina Digital GmbH: $ 750,000

5

## NEW YORK GENERAL BUSINESS LAW § 349 (Against Kartina Digital GmbH Only)

7. Have Plaintiffs proven by a preponderance of the evidence that Kartina Digital GmbH is liable under New York General Business Law § 349?

    Kartina Digital GmbH: YES ___ NO  X

    If you answered NO, you have completed your verdict. If you answered YES, proceed to Questions 8 and 9.

8. State a fair and reasonable dollar amount of any compensatory damages that Plaintiffs have proven they sustained as a result of Kartina Digital GmbH's violation of GBL § 349:

    $ _____

9. State a fair and reasonable dollar amount of any punitive damages that you think Plaintiffs are entitled to as a result of Kartina Digital GmbH's violation of GBL § 349:

    $ _____

Dated:   New York, New York
         January 16, 2026

                                        _____
                                        **Signature of Foreperson**

6