

1301 Avenue of the Americas, 25th Floor
New York, NY 10019

212.812.0400 main
212.812.0399 fax

Peter A Sullivan
2128120310 direct
212.812.0399 Fax
psullivan@foleyhoag.com

January 28, 2026

Hon. Andrew L. Carter Jr.
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    Actava TV, Inc., et al. v. Joint Stock Company "Channel One Russia Worldwide" et al. (18-cv-06626) (ALC)

Dear Judge Carter:

      We write to request that the Court direct the Clerk to enter judgment in this matter. The one open issue that needs to be addressed is Defendants' objections to the Magistrate Judge's order on sanctions on Motion ECF 90. (See ECF 179, 180.) We request that you overrule those objections and enter the sanctions order for $28,483.52 in attorneys' fees and $1,140.16 in costs.

      After the entry of judgment, Plaintiffs expect to seek prejudgment interest, costs and attorneys' fees for claims on which they prevailed.

                                    Respectfully submitted,

                                      Peter A Sullivan