**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| Actava TV, Inc., Master Call Communications, Inc., Master Call Corporation, and Rouslan Tsoutiev,<br><br>               Plaintiffs,<br>     v.<br><br><br>Joint Stock Company "Channel One Russia Worldwide," Closed Joint Stock Company "CTC Network," Closed Joint Stock Company "New Channel," Limited Liability Company "Rain TV-Channel," Closed Joint Stock Company "TV DARIAL," Open Joint Stock Company "ACCEPT", Limited Liability Company "Comedy TV," and Kartina Digital GmbH,<br><br>               Defendants. |

Civ. No.: 1:18-cv-06626-ALC-KNF

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and exhibit attached thereto, the prior orders of this Court, the testimony at trial, the trial exhibits entered into evidence, the verdict sheet, as well as all the prior papers and proceedings in this action, Defendant Joint Stock Company "Channel One Russia Worldwide" by and through their attorneys will move this Court before the Honorable Andrew L. Carter at the United States Courthouse located at 40 Foley Square, New York, New York 10007 on a date and time designated by the court for an order (1) granting Channel One's motion for judgment as a matter of law under Rule 50(b) and entering judgment in Channel One's favor on Plaintiffs' tortious interference claim, dismissing that claim with prejudice; (2) alternatively, granting Channel One a new trial under Rule 59(a) on Plaintiffs' tortious interference claim because the verdict is against the weight of the evidence and constitutes a miscarriage of justice; (3) further or alternatively entering judgment in Channel One's favor based on Affirmative Defense No. 9 (Plaintiffs' failure to comply with the Settlement Agreement and the incorporated permanent Injunction), and dismissing the tortious

interference claim with prejudice; (4) further or alternatively, ordering a new trial because the jury was not instructed on Affirmative Defense No. 9 despite a reasonable view of the evidence supporting that defense; and (5) awarding such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that any papers in opposition must be served in accordance with the Local Rules of the Southern District of New York or as directed by the Court.

Dated: New York, New York
February 13, 2025

DUNNINGTON BARTHOLOW & MILLER LLP
*Attorneys for Defendant Joint Stock Company*
*"Channel One Russia Worldwide"*

By:    /s/ Luke McGrath
Luke McGrath
Martun Stepanyan
230 Park Avenue – 21st Floor
New York, New York 10107
(212) 682-8811
lmcgrath@dunnington.com
mstepanyan@dunnington.com

TO:    All Parties (via ECF)