UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACTAVA TV, INC.

                **Plaintiff,**

              **-against-**

JOINT STOCK COMPANY ET AL

              **Defendants.**

           **18-cv-6626 (ALC)**

           <u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

The Court confirms that ECF No. 967 establishes a single, uniform schedule for all Defendants' motions on the affirmative defenses covered by that order, and that Plaintiffs' opposition to them is due on June 3, 2026 (with replies due June 10, 2026).

Regarding Plaintiff's letter motion at ECF No. 974, the Court schedules an in-person conference on June 2, 2026 at 11 AM. The Parties should appear at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on the date and time specified above.

The Clerk of Court is respectfully directed to terminate ECF No. 974.

**SO ORDERED.**
**Dated:**
     **May 14, 2026**
     **New York, New York**

                        **ANDREW L. CARTER, JR.**
                        **United States District Judge**