UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACTAVA TV, INC.

<div style="margin-left:3em">

Plaintiff,

-against-

</div>

JOINT STOCK COMPANY ET AL

<div style="margin-left:3em">

Defendants.

</div>

18-cv-6626 (ALC)

**ORDER**

ANDREW L. CARTER, JR., United States District Judge:

Following up from the June 2, 2026 status conference, the Court schedules an in-person

conference on June 23, 2026 at 3 PM. The Parties should appear at the Thurgood Marshall United

States Courthouse, 40 Foley Square, in Courtroom 444 on the date and time specified above.

SO ORDERED.

Dated:    June 2, 2026
New York, New York

ANDREW L. CARTER, JR.
United States District Judge