UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACTAVA TV, INC.

                          Plaintiff,

              -against-                      :        18-cv-6626 (ALC)

JOINT STOCK COMPANY ET AL                   :        ORDER

                          Defendants.

ANDREW L. CARTER, JR., United States District Judge:

      Given Non-Channel One Defendants' June 18, 2026 letter, the June 23, 2026 conference is

cancelled. By June 23, 2026, the Parties are ORDERED to file a joint status report indicating

whether there is a date in the next several weeks that Mr. Dykema would be able to travel to the

courthouse for an in-person conference or whether Mr. Dykema will need to participate remotely.

SO ORDERED.

Dated:  June 18, 2026
        New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge