UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACTAVA TV, INC.

                            Plaintiff,

                    -against-                    :    18-cv-6626 (ALC)

JOINT STOCK COMPANY ET AL                        :    ORDER

                            Defendants.

ANDREW L. CARTER, JR., United States District Judge:

The Court schedules an in-person conference on July 9, 2026 at 3 PM. The Parties

should appear at the Thurgood Marshall United States Courthouse, 40 Foley Square, in

Courtroom 444 on the date and time specified above. Mr. Dykema should provide the Court with

a phone number he can be reached at to participate, by emailing

alcarternysdchambers@nysd.uscourts.gov.

SO ORDERED.

Dated:   June 26, 2026
         New York, New York

                                                 ANDREW L. CARTER, JR.
                                                 United States District Judge