UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACTAVA TV, INC.

Plaintiff,

-against-

JOINT STOCK COMPANY ET AL

Defendants.

18-cv-6626 (ALC)

**ORDER**

ANDREW L. CARTER, JR., United States District Judge:

Today's 3 pm conference is being postponed to 4 pm.

SO ORDERED.

Dated: July 9, 2026
New York, New York

ANDREW L. CARTER, JR.
United States District Judge