UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACTAVA TV, INC.

Plaintiff,

-against-

JOINT STOCK COMPANY ET AL

Defendants.

18-cv-6626 (ALC)

**ORDER**

ANDREW L. CARTER, JR., United States District Judge:

As discussed during the July 9, 2026 conference, the judgment will be entered imminently.

The Parties are ORDERED to diligently pursue settlement on the remaining issues. The Parties are ordered to file a joint status report by July 21, 2026.

If the Parties are unable to make progress towards settlement amongst with the added referral to Magistrate Judge Willis, then the Parties are directed to file their motions by July 31, 2026. Oppositions will be due by August 14, 2026 and any replies by August 19, 2026.

SO ORDERED.

Dated: July 9, 2026
New York, New York

ANDREW L. CARTER, JR.
United States District Judge