**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ACTAVA TV, INC., MASTER CALL COMMUNICATIONS, INC., MASTER CALL CORPORATION, AND ROUSLAN TSOUTIEV,

Plaintiffs,

-against-

JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE," CLOSED JOINT STOCK COMPANY "CTC NETWORK," CLOSED JOINT STOCK COMPANY "NEW CHANNEL", LIMITED LIABILITY COMPANY "RAIN TV-CHANNEL," LIMITED LIABILITY COMPANY "COMEDY TV," AND KARTINA DIGITAL GMBH,

Defendants.

---------------------------------------------------------------X

18 **CIVIL** 6626 (ALC)(JW)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Andrew L. Carter, Jr, United States District Judge, Plaintiffs have judgment in the sum of $3,375,000.00 as against defendant KARTINA DIGITAL GMBH, and in the sum of $1,125,000.00 as against defendant CHANNEL ONE RUSSIA WORLDWIDE.

**DATED:** New York, New York
July 10, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**So Ordered:**

Andrew L. Carter, Jr.
**U.S.D.J.**

**7/10/26**

**BY:**

**Deputy Clerk**